**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                       (State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Blank Label Group, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Blank Label |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 7 - 1 7 5 6 1 8 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 36    Bromfield Street <br> Number   Street | Number    Street |
| 204 | P.O. Box |
| Boston    MA    02108 <br> City    State    ZIP Code | City    State    ZIP Code |
| Suffolk <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.blanklabel.com |

Debtor    Blank Label Group, Inc.
          Name                                          Case number (if known)

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4    4    8    1

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| Debtor | Blank Label Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes. District __Massachusetts__ When __05/26/2020__ Case number __20-11201 (JEB)__
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor __See attached Schedule 1__ Relationship __Affiliate__

District __Delaware__ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____
City          State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor  Blank Label Group, Inc.
         Name

Case number (if known) _____

---

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

---

**14. Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☒ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000  ☒ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2023
             MM / DD / YYYY

✗  /s/ Fan Bi                                           Fan Bi
   Signature of authorized representative of debtor     Printed name

   Title  Managing Chairman

---

| Debtor | Blank Label Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✖ /s/ Joseph C. Barsalona II                     Date    03/08/2023

Signature of attorney for debtor                            MM / DD / YYYY

Joseph C. Barsalona II
Printed name
Pashman Stein Walder Hayden, P.C.
Firm name
1007        North Orange Street, 4th Floor, Suite #183
Number        Street
Wilmington                            DE        19801
City                                State        ZIP Code

302-592-6497                            jbarsalona@pashmanstein.com
Contact phone                            Email address

6102                                DE
Bar number                            State

**CONSENT OF THE SOLE DIRECTOR OF THE BOARD OF DIRECTORS OF
BLANK LABEL GROUP, INC.**

The undersigned, being the sole member (the "Sole Director") of the board of directors (the "Board") of Blank Label Group, Inc., a Delaware corporation (the "Company"), acting by written consent without a meeting pursuant to Article II, Section 11 of the Bylaws of the Company, agrees, pursuant to the Delaware General Corporation Law, as amended, and the Bylaws of the Company, that he consents to and hereby adopts and approves, the following resolutions:

**WHEREAS**, the Board has reviewed and considered, among other things, the financial condition of the Company on the date hereof; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Company, the Board has determined that it is desirable and in the best interests of the Company, its stockholders, creditors, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that the Sole Director and any duly appointed officer of the Company (each, an "Authorized Person"), in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it

**FURTHER RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with,

1

or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the retention of the law firm of Pashman Stein Walder Hayden, P.C. ("Pashman Stein"), to represent the Company as bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition, the Chapter 11 Filings, and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, any Authorized Person, and each of them, acting either individually or jointly, are hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Pashman Stein; and be it

**FURTHER RESOLVED**, that the Authorized Persons or any one of them be, and each hereby is, authorized and empowered to engage such further accountants, counsel, consultants or advisors and to do such other acts and things as may be determined to be necessary or appropriate by the Authorized Person or Authorized Persons so acting in order to fully effectuate the purpose and intent of the foregoing resolutions and to accomplish the transactions contemplated thereby, such determination to be conclusively evidenced by the retention or taking of any such action by such Authorized Person; and be it

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned Sole Director has executed this consent on the date set forth below.


/s/ Fan Bi
Fan Bi
Date: March 8, 2023

## Schedule 1

**Pending or Current Bankruptcy Cases Filed by Affiliates**

On March 8, 2023, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Federal Employer Identification Number (EIN) |
| --- | --- |
| Blank Label Group, Inc. | 27-1756183 |
| Black Lapel Custom Clothiers, Inc. | 45-3663725 |
| Ratio Clothing LLC | 46-0838330 |

**Fill in this information to identify the case:**

Debtor name  Blank Label Group, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SBA EIDL U.S. Small Business Administration Office of Disaster Assistance 14925 Kingsport Rd Fort Worth, TX 76155-2243 | Email: DisasterCustomerService@sba.go v | Loan | | | | $500,000.00 |
| 2 | Bank Prov 5 Market Street Amesbury, MA 01913 | Attn: Kendra Finch Email: kfinch@bankprov.com; Attn: Amber Gomes Email: agomes@bankprov.com | Loan | | | | $214,988.81 |
| 3 | Ramp Financial 71 5th Avenue 6th Floor New York, New York 10003 | Email: mmcanally@ramp.com | Trade Debt | | | | $57,601.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Blank Label Group, Inc. | Case No. 23-_____ (__) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| Fan Bi<br>12 Flintlock Rd.<br>Lexington, MA 02420-1704 | 62% |
| Zeeshan Sheikh<br>Everbridge, 25 Corporate Dr.<br>Burlington, MA 01803-4240 | 7% |
| ESOP | 8% |
| Investors<br>See below and attached list. | 24% |

---

[1]   The last four digits of the Debtor's federal tax identification number are 3725.   The Debtor's corporate headquarters and mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

| Investor | Shares |
|---|---|
| Vikas Taneja | 29.61 |
| Drew Volpe | 11.85 |
| Janica Lane | 14.81 |
| Rishi Nangalia Holdings Group | 17.77 |
| Jeremy Hitchcock | 5.92 |
| Seth Lieberman | 14.81 |
| Jennifer Lum | 5.92 |
| Jamie Lin | 11.85 |
| Sascha Wilkens | 14.81 |
| Roy Rodenstein | 5.92 |
| Art Papas | 8.88 |
| Amar Kuchinad | 29.61 |
| Eleanor Shannon | 59.23 |
| Francis Clark | 14.81 |
| Richard Beeny | 59.23 |
| Vic Melfa | 14.81 |
| Henry Mann | 14.81 |
| Tom Goins | 14.81 |
| Jonah Petchesky | 14.81 |
| Mustang Group | 59.23 |
| Brandon Cusick/J. Douglas Cusick Revocable Trust | 17.77 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Blank Label Group, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                            State)

Case number *(if known)*: _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/08/2023          ✗ /s/ Fan Bi
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   Fan Bi
                                   Printed name

                                   Mangaing Chairman
                                   Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Blank Label Group, Inc. | Case No. 23-_____ (__) |
| Debtor.[1] | |

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Chairman of the corporation named as the debtor in this case, hereby verify that

the attached list of creditors is true and correct to the best of my knowledge.

Date: March 8, 2023                                    /s/ Fan Bi
                                                              Fan Bi
                                                              Title: Managing Chairman

---

[1]    The last four digits of the Debtor's federal tax identification number are 3725.  The Debtor's corporate headquarters and mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

135 S LASALLE PROPERTY, LLC
C/O AM TRUST REALTY CORP.
250 BROADWAY
ATTN: ANNE HOLKER
NEW YORK, NY 10007-2516


135 S. LASALLE PARTNERS, LLC
ROSS WEISMAN
WEISMAN AND WEISMAN, P.C.
100 NORTH LASALLE STREET - SUITE 1910
CHICAGO, IL 60602-3521


1518 K STREET, LLC
C/O LYNNE B. XERRAS, ESQ.
HOLLAND & KNIGHT LLP
10 ST. JAMES AVENUE
BOSTON, MA 02116-3813


1518 K STREET, LLC
C/O PRI, INC.
1518 K STREET NW, SUITE M-100
ATTN NICHOLAS PAPADOPOULOS
WASHINGTON, DC 20005-1214


ALEXANDER DENTON
635 E 14TH ST, #10H,
NEW YORK, NY 10009-3231


ALLISON FITZPATRICK
1343 N BOSWORTH AVE, UNIT G
CHICAGO, IL 60642-2445


AMAR KUCHINAD
125 WATTS STREET, #6
NEW YORK, NY 10013


ARONSON INSURANCE
950 HIGHLAND AVENUE

NEEDHAM HEIGHTS, MA 02494-1256


ART PAPAS
100 SUMMER ST.
17TH FLOOR
BOSTON, MA 02110


BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19886-5796


BANK PROV
5 MARKET STREET
AMESBURY, MA 01913


BLUE CROSS & BLUE SHIELD
OF MASSACHUSETTS
101 HUNTINGTON AVENUE
SUITE 1300
BOSTON, MA 02199-7611


BLUE CROSS BLUE SHIELD OF MA
PO BOX 986020
BOSTON, MA 02298-6020


BLUE RIDGE BANK & TRUST
17 WEST MAIN STREET
LURAY, VA 22835


BLUEVINE
401 WARREN ST, SUITE 300
REDWOOD CITY, CA 94063-1578


BOSTONIAN TAILORING
34 PROVINCE ST
BOSTON MA 02108-5120

BRANDON CUSICK
J DOUGLAS CUSICK REVOCABLE TRUST
2701 W 112TH STREET
LEAWOOD, KS 66211


BREX
405 HOWARD ST, SUITE 200
SAN FRANCISCO, CA 94105-2613


BY THE BOOK, LLC
18 WINDING BROOK ROAD
GOFFSTOWN, NH 03045-2411


CAROLYN CORRIGAN
99 DIAMOND STREET, APT 3L,
BROOKLYN, NY 11222-3465


CASNER & EDWARDS, LLP
303 CONGRESS STREET
ATTN: DAVID KOHA
BOSTON, MA 02210-1012


CHASE CREDIT CARD
CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE, NC 28201-1423


CLAIRE BI
12 FLINTLOCK RD
LEXINGTON, MA 02420-1704


COMCAST BUSINESS
PO BOX 6505,
CHELMSFORD, MA 01824-0905


COMCAST CABLE COMMUNICATIONS
54 REGIONAL DRIVE
CONCORD, NH 03301-8502

COMCAST CABLE COMMUNICATIONS
707 EAST FIRST ST
ROME, GA 30161-3145


COMCAST CABLE SERVICES
2614 KENHILL DRIVE
BOWIE, MD 20715-2534


COMCAST CHICAGO
5711 S WESTERN AVE
CHICAGO, IL 60636-1045


COMMONWEALTH OF MASSACHUSETTS
DIVISION OF UNEMPLOYMENT ASSISTANCE
LEGAL DEPARTMENT, 1ST FLOOR
19 STANIFORD STREET
BOSTON, MA 02114-2502


CONNOR LEES
10 GROVE ST, APT 1,
BOSTON, MA 02114-3411


COREY HACKETT
88 CLIFTON PL APT B03,
JERSEY CITY, NJ 07304-6188


DAVIS, PICKREN, SEYDEL & SNEED
2300 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, NE
ATTN: J. BRADFORD SIMPSON
ATLANTA, GA 30303-1229


DOLLAR MERCHANT FINANCING LLC
C/O FORWARDING FINANCING LLC
100 SUMMER STREET SUITE 1175
BOSTON, MA 02110-2106

DOLLAR MERCHANT FINANCING LLC
C/O FORWARDING FINANCING LLC
100 SUMMER STREET
BOSTON, MA 02110-2106


DOWNTOWN DEVELOPMENT PROPERTIES LLC
C/O GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
RE: DRUKER/ DOWNTOWN
BOSTON, MA 02110-2585


DOWNTOWN DEVELOPMENT PROPERTIES LLC
C/O THE DRUKER COMPANY, LTD.
50 FEDERAL STREET
BOSTON, MA 02110-2500


DREW VOLPE
12 ELLERY SQ
CAMBRIDGE, MA 02138


ELEANOR SHANNON
4209 THACHER RD
OJAI, CA 93023


ERIC TWARDZIK
7 WARREN AVE., APT 10
BOSTON, MA 02116-6144


EVAN BREWER
1457 S XAVIER ST,
DENVER, CO 80219-3629


EVERSOURCE ENERGY
PO BOX 56007
BOSTON, MA  02205-6007


EVOLVE BANK & TRUST
6070 POPLAR AVENUE

SUITE 200
MEMPHIS, TN 38119-3910


FAN BI
12 FLINTLOCK RD
LEXINGTON, MA 02420-1704


FEE SERVICES LLC, AS REPRESENTATIVE
244 MADISON AVE #379
NEW YORK, NY 10016-2817


FIRST REPUBLIC BANK
111 PINE STREET
ATTN: LEGAL DEPARTMENT
SAN FRANCISCO, CA 94111-5602


FIRST REPUBLIC BANK
ATTENTION: CLIENT SERVICES
160 FEDERAL ST.
BOSTON, MA 02110-1700


FORWARD FINANCING LLC
53 STATE ST. 20TH FL
BOSTON, MA 02109-3204


FRANCIS CLARK
PO BOX 844
HUDSON, MA 01749


FRANK TORRES
106 PARK AVE, 207,
RUTHERFORD, NJ 07070-1989


FUNDATION
11501 SUNSET HILLS RD
RESTON, VA 20190-4754

FUNDATION GROUP LLC
11501 SUNSET HILLS ROAD
SUITE 100
RESTON, VA 20190-6700


GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS - BANKRUPTCY
1800 CENTURY BLVD NE, SUITE 9100
ATLANTA, GA 30345-3202


GRANT MOSER
7632 RIDGEVIEW WAY
CHANHASSEN, MN 55317


HARRISON NAGEL
1520 WESTWOOD DR
MOUND, MN 55364


HENRY MANN
SCHIFF HARDIN LLP
233 S. WACKER, ST. 7100
CHICAGO, IL 60606


HURON CONSULTING GROUP
100 HIGH STREET, SUITE 2301
BOSTON, MA 02110-1964


ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD, IL 62794-9035


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


JACKSON WALKER L.L.P.

1401 MCKINNEY STREET
SUITE 1900
ATTN: KURT D NONDORF
HOUSTON, TX 77010-4037

JADEN MAY
W302N1617 CROOKED CREEK CT
PEWAUKEE, WI 53072

JAMIE LIN
10230 66TH RD
APT. 18F
FOREST HILLS, NY 11375-7620

JANICA LANE
50 CALIFORNIA ST, SUITE 3100
SAN FRANCISCO, CA 94111

JENNIFER LUM
9 W BROADWAY
BOSTON, MA 02127

JEREMY HITCHCOCK
848 ELM ST
MANCHESTER, NH 03101

JEROME EUNIS
117 SHERMAN AVE, FL 1,
JERSEY CITY, NJ 07307-2246

JOHN DONAHUE
32 HOMEWARD LANE
WALPOLE, MA 02081-2210

JONAH PETCHESKY
4510 SHAYWOOD LANE
COLLEYVILLE, TX 76034

JONATHAN CUTLER
C/O PREMIER MANAGEMEN SERVICES, LC
7910 WOODMONT AVE SUITE 1405
BETHESDA, MD 20814-3082


JOSEPH LUNDSTROM
1617 N ARTESIAN AVE, APT 2S
CHICAGO, IL 60647-6058


JPMORGAN CHASE BANK, N.A.
C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487-2853


KAITLYN MENTLICK
441 WASHINGTON AVE APT. 303
CHELSEA, MA 02150-3678


KARR & BOUCHER, PLLC
16 SALMON ST
MANCHESTER, NH 03104-3025


KELLY KERRIGAN JACOBUS
300 SUMMER ST #73
BOSTON, MA 02210-1115


KEVIN DELANEY
5717 GROVE ST
MINNEAPOLIS, MN 55436


KIM & BURNS LLP
150 NORTH MICHIGAN AVENUE, SUITE 800
ATTN TONY KIM
CHICAGO, IL 60601-7585


LAUREN GREENLAND
6 COURTLAND DRIVE
MERRIMACK, NH 03054-3107

LAW OFFICE OF HEIDI DRIVDAHL, PLC
6947 COAL CREEK PKWY SE, #329
NEWCASTLE, WA 98059


LINDSAY LATTIN
40 RIDGEMONT STREET, UNIT #1B,
BOSTON, MA 02134-2435


LVA 4 ATLANTA COLONY SQUARE, L.P.
C/O LIONSTONE INVESTMENTS
712 MAIN STREET, SUITE 2500
HOUSTON, TX 77002-3243


LVA4 ATLANTA COLONY SQUARE, L.P.
800 KENNESAW AVENUE NORTHWEST
SUITE 400
MARIETTA, GA 30060-7946


MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
P.O. BOX 9564
BOSTON, MA 02114-9564


MICHAEL KINLIN
49 FAIRVIEW ST,
WINTHROP, MA 02152-2713


MUSTANG GROUP
339 AUBURN STREET #11
AUBURNDALE, MA 02446


NORTH AMERICAN PROPETIES
1175 PEACHTREE ST. NE
100 COLONY SQURE SUITE 1650
ATTN: REBECCA HOLLAND
ATLANTA, GA 30361-3528

OFFICE OF TAX AND REVENUE-DC
COMPLIANCE ADMINISTRATION
COLLECTION DIVISION; BANKRUPTCY UNIT
PO BOX 37559
WASHINGTON, DC 20013-7559


PAIGE PORTER
508 JENNINGS MILL DR
BOWIE, MD 20721-7240


QIANG XUAN KAI
ROOM 147, BUILDING 3
NO.499 KANGHUA ROAD
SHANGHAI 201315
CHINA


RACHEL ORLANG
3859 ELDON ST
FORT MYERS, FL 33916


RAMP FINANCIAL
ATTN: MATTHEW MCANALLY
71 5TH AVENUE, 6TH FLOOR
NEW YORK, NY; 10003-3004


RAY & COUNSEL, P.C.
10044 SOUTH LEAVITT STREET
ATTN: JOHN H. RAY III
CHICAGO, IL 60643-1908


RICHARD BEENY
1525 MOSS LANE
SOUTHLAKE, TX 76092


RISHI NANGALIA HOLDINGS LLC
79 WORTH ST., 1R
NEW YORK, NY 10013

ROSS WEISMAN
C/O WEISMAN AND WEISMAN, P.C.
100 NORTH LASALLE STREET
SUITE 1910
CHICAGO, IL 60602-3521


ROY RODENSTEIN
44 MEADOWBROOK RD
WESTWOOD, MA 02090


RYAN BURKE
985 WESTON RIDGE PARKWAY
CHASKA, MN 55318


SAMUEL LOCKWOOD-POWELL
1 W SUPERIOR ST # 2303,
CHICAGO, IL 60654-8828


SANDY WONG
2039 N MERIDIAN RD APT 178
TALLAHASSEE, FL 32303-5068


SASCHA WILKENS
LORDS VIEW ONE, FLAT 3638-42 ST
JOHN'S WOOD ROAD,
LONDON NW8 7HL
UNITED KINGDOM


SBA EIDL
U.S. SMALL BUSINESS ADMINISTRATION
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT RD
FORT WORTH, TX 76155-2243


SEAN ZHAO
552 RIVERSIDE DR
APT 3K
NEW YORK, NY 10027-3224

SETH LIEBERMAN
15 COLUMBIA STREET
BROOKLINE, MA 02446


SMALL BUSINESS ADMINISTRATION
10 CAUSEWAY STREET ROOM 265
BOSTON, MA 02222-1047


STATE OF ILLINOIS
ILLINOIS ATTORNEY GENERALS OFFICE
ATTN: CHARLES GODBEY
100 W. RANDOLPH STREET 13TH FLOOR
CHICAGO, IL 60601-3218


STEPHEN B. DIAMOND, P.C.
C/O SCHWARTZ & KANYOCK LLC
33 N. DEARBORN ST. SUITE 2330
CHICAGO, IL 60602-3855


STEPHEN B. DIAMOND, P.C.
150 N. MICHIGAN AVE, SUITE 800
CHICAGO, IL 60601-7585


THE HARTFORD BUSINESS SERVICE CENTER
3600 WISEMAN BLVD
SAN ANTONIO, TX 78251-4323


TOM GOINS
3222 GOLFVIEW DRIVE
GREENWOOD, IN 46143


U.S. SMALL BUSINESS ADMINISTRATION
C/O CASEY SIECK
10 CAUSEWAY STREET, ROOM 265
BOSTON, MA 02222-1047


UNITED STATES DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVENUE NW

WASHINGTON, DC 20220

UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

US VI TOWER POINT LLC
PO BOX 780757
PHILADELPHIA, PA 19178-0757

US VI TOWER POINT, LLC
C/O NORTHWOOD INVESTORS LLC
1819 WAZEE STREET, 2ND FLOOR
ATTN: JIM GESKEY
DENVER, CO 80202-1782

US VI TOWER POINT, LLC
C/O NORTHWOOD INVESTORS LLC
575 FIFTH AVENUE, 23RD FLOOR
ATTN: SHIVA VISWANATHAN
NEW YORK, NY 10017-2430

VIC MELFA
264 BEACON ST., 3RD FLOOR
BOSTON, MA 02116

VICTOR W. NEWMARK
800 KENNESAW AVENUE NORTHWEST
SUITE 400
MARIETTA, GA 30060-1051

VIKAS TANEJA
105 NORTHWOOD LANE
STAMFORD, CT 06903

WELLS FARGO
WELLS FARGO SBL
PO BOX 29482
PHOENIX, AZ 85038-9482

WELLS FARGO BANK, N.A.
SMALL BUSINESS LENDING DIVISION
P.O. BOX 29482
PHOENIX, AZ 85038-8650


WEN LUO
168 FLAX HILL ROAD
NORWALK, CT 06854-2863


WEST TOWN BANK & TRUST
SERVICED BY WINDSOR ADVANTAGE
320 N. MERIDIAN, STE 1011
INDIANAPOLIS, IN 46204-1704


WEST TOWN BANK & TRUST
7820 W 26TH STREET
RIVERSIDE, IL 60546-1599


WEST TOWN BANK & TRUST
8450 FALLS OF NEUSE SUITE 202
RALEIGH, NC 27615-3549


YAO PING
2T, BUILDING A NO. 1150 LIN HENG ROAD
PUDONG NEW DISTRICT
SHANGHAI 200000
CHINA


YIQING XIAO
NO. 9 PUDONG AVENUE
PUDONG NEW DISTRICT
SHANGHAI 200020
CHINA


YU ZHONG XIN
ROOM 321 BUILDING 1
NO. 3251 YANG GAO RD
SHANGHAI 200126

CHINA

YUN XIN
NO. 7088 SHENNAN BOULEVARD
SHENZHEN, GUANGDONG 518040
CHINA

ZEESHAN SHEIKH
EVERBRIDGE, 25 CORPORATE DR
BURLINGTON, MA 01803-4240

4:04 PM
08/31/22
Cash Basis

# Blank Label Group, Inc.
## Balance Sheet
### As of December 31, 2021

| | Dec 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank Prov | 81,920.37 |
| Citizens Bank | 3,386.33 |
| First Republic Checking | 221,409.02 |
| **Total Checking/Savings** | 306,715.72 |
| **Other Current Assets** | |
| Inventory | 767,787.00 |
| Rent Security Deposit | 2,461.36 |
| Utility Security Deposit | 687.03 |
| **Total Other Current Assets** | 770,935.39 |
| **Total Current Assets** | 1,077,651.11 |
| **Fixed Assets** | |
| Accumulated Depreciation | -384,622.00 |
| Building Improvements | 20,903.66 |
| **Computers & Software** | |
| Sales Tax Software | 5,217.40 |
| Computers & Software - Other | 18,467.02 |
| **Total Computers & Software** | 23,684.42 |
| **Furniture and Equipment** | |
| Photography Equipment | 2,499.00 |
| Furniture and Equipment - Other | 17,349.40 |
| **Total Furniture and Equipment** | 19,848.40 |
| Garments | 368,465.00 |
| Home Furniture | 1,582.77 |
| Leasehold Improvements | 14,056.49 |
| **Total Fixed Assets** | 63,918.74 |
| **Other Assets** | |
| Accumulated Amortization | -15,313.00 |
| Intangible Asset - Domain Name | 6,000.00 |
| Intercompany - Black Lapel | -12,232.40 |
| Loan Origination Fees | 36,595.00 |
| Start-Up Costs | 21,083.62 |
| **Total Other Assets** | 36,133.22 |
| **TOTAL ASSETS** | 1,177,703.07 |

4:04 PM

08/31/22

Cash Basis

# Blank Label Group, Inc.
## Balance Sheet
### As of December 31, 2021

|  | Dec 31, 21 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Brex | 62,991.80 |
| Credit Card(2) at American Exp | 107,072.86 |
| Ramp | 26,995.25 |
| **Total Credit Cards** | 197,059.91 |
| **Other Current Liabilities** | |
| 401K Liability | -3,848.24 |
| Due to Bluevine | 32,875.72 |
| Due to Danny Wong | 50,000.00 |
| Due to Fan | -48,244.57 |
| Due to Sandy Wong | 25,000.00 |
| Due to Sean Zhao | 50,000.00 |
| Due to Wen K Luo | 25,000.00 |
| Notes Payable - EIDL | 149,900.00 |
| Notes Payable - PPP Loan | 209,400.00 |
| Sales Tax Payable | -1,187.81 |
| SBA PPP Loan | 232,544.05 |
| **Total Other Current Liabilities** | 721,439.15 |
| **Total Current Liabilities** | 918,499.06 |
| **Long Term Liabilities** | |
| Amex HB Loan | 132,166.79 |
| Amex Loan | 24,641.24 |
| BOA Loan | 38,670.01 |
| China Payable | -262,943.62 |
| Due to Fundation | 79,490.13 |
| SBA Loan | 463,043.19 |
| Wells Fargo Loan | 32,019.44 |
| **Total Long Term Liabilities** | 507,087.18 |
| **Total Liabilities** | 1,425,586.24 |
| **Equity** | |
| Additional Paid-In Capital | 163,660.76 |
| Capital Stock | 1,281,170.00 |
| Retained Earnings | -1,716,392.73 |
| Net Income | 23,678.80 |
| **Total Equity** | -247,883.17 |
| **TOTAL LIABILITIES & EQUITY** | **1,177,703.07** |

4:03 PM
08/31/22
Cash Basis

# Blank Label Group, Inc.
## Profit & Loss
### January through December 2021

| | Jan - Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Grant Income | 1,000.00 |
| Returns | -11,894.96 |
| Sales | 1,245,177.17 |
| Service Revenue | 607,307.65 |
| **Total Income** | **1,841,589.86** |
| **Cost of Goods Sold** | |
| Clothing Alterations | 5,089.00 |
| Cost of Goods Sold | 15,680.14 |
| Fabric | 192,610.80 |
| Manufacturing | 229,012.71 |
| Merchant Account Fees | 23,318.00 |
| Other COGS | 25,267.07 |
| Purchases | 3,939.49 |
| Sales Tax Processing Fee | 206.80 |
| Shipping | |
| Domestic Origin Shipping | 83,116.78 |
| International Origin Shipping | 72,375.12 |
| Mailing Supplies | 1,619.80 |
| Shipping - Other | 14,773.25 |
| **Total Shipping** | **171,884.95** |
| **Total COGS** | **667,008.96** |
| **Gross Profit** | **1,174,580.90** |
| **Expense** | |
| 401K Management | 1,654.00 |
| Bank Service Charges | 404.00 |
| Business Licenses and Permits | 1,838.72 |
| Ch 11 | 64,548.69 |
| Computer and Internet Expenses | |
| Hosting | 899.98 |
| Software | 65,404.78 |
| **Total Computer and Internet Expenses** | **66,304.76** |
| Fuel | 64.67 |
| Insurance Expense | |
| Key-man Insurance | 354.00 |
| Property Insurance | 6,591.45 |
| Insurance Expense - Other | 5,240.83 |
| **Total Insurance Expense** | **12,186.28** |

4:03 PM
08/31/22
Cash Basis

# Blank Label Group, Inc.
## Profit & Loss
### January through December 2021

| | Jan - Dec 21 |
|---|---|
| **Labor** | |
| China Labor | 42,674.95 |
| Employee Benefit 401(K) | 11,043.17 |
| Employee Benefit Commuter Trans | 47.87 |
| Employee Benefit Parking | -372.75 |
| Health Insurance | 43,180.23 |
| Payroll Expense | 444,810.32 |
| Payroll Processing Fee | 1,683.00 |
| Payroll Taxes | -298.45 |
| **Total Labor** | 542,768.34 |
| **Marketing** | |
| Advertising | 127,187.24 |
| Photography | 442.00 |
| Marketing - Other | 959.65 |
| **Total Marketing** | 128,588.89 |
| Meeting - Meals & Entertainment | 27.77 |
| **Office Expense** | |
| Office Supplies | 1,622.68 |
| Office Expense - Other | 5,134.05 |
| **Total Office Expense** | 6,756.73 |
| **Outside Services** | |
| Accounting | 3,422.50 |
| Digital Consulting | 108,000.00 |
| Dry Cleaning | 751.96 |
| Freelance Bus Admin | 25,750.00 |
| Freelance Copywriter | 30,346.40 |
| Freelance Customer Service | 19,988.33 |
| Freelance Marketing | 24,582.16 |
| Freelance Software | 25,153.02 |
| Graphic Design | 21,327.60 |
| Legal Fees | 3,572.64 |
| Web & Tech | 2,273.68 |
| **Total Outside Services** | 265,168.29 |
| **Pattern Room Expense** | |
| Cleaning | 5,919.00 |
| Rent | 9,668.00 |
| Utilities | 1,169.64 |
| Pattern Room Expense - Other | 3,380.01 |
| **Total Pattern Room Expense** | 20,136.65 |
| Product Testing | 1,290.91 |

4:03 PM
08/31/22
Cash Basis

# Blank Label Group, Inc.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Professional Development** | |
| Dues and Subscriptions | 408.78 |
| Professional Development - Other | 12,674.68 |
| **Total Professional Development** | 13,083.46 |
| **Taxes** | 2,398.68 |
| **Travel Expense** | |
| Airfare | 14,455.17 |
| Ground Transport | 2,391.19 |
| Lodging | 4,322.23 |
| Meals and Entertainment | 531.40 |
| Travel Insurance | 79.00 |
| Travel Expense - Other | 1,902.27 |
| **Total Travel Expense** | 23,681.26 |
| **Total Expense** | 1,150,902.10 |
| **Net Ordinary Income** | 23,678.80 |
| **Net Income** | 23,678.80 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BLANK LABEL GROUP, INC., *et al.*, | Case No. 23-_____ (   ) |
| Debtors.[1] | (Joint Administration Requested) |

### DECLARATION OF FAN BI PURSUANT TO 11 U.S.C. § 1116(1)

I, Fan Bi, hereby declare as follows:

1.      I am the Managing Chairman of Blank Label Group, Inc. ("Blank Label"),
BlackLapel Custom Clothiers, Inc. ("BlackLapel"), and Ratio Clothing, LLC ("Ratio Clothing,"
and collectively with Blank Label and BlackLapel, the "Debtors").

2.      As the Debtors' Managing Chairman, I am familiar with each of the
Debtors' business, day-to-day operations, financial affairs, and books and records.  Except as
otherwise indicated, the statements set forth in this declaration are based upon my personal
knowledge of the Debtors' operations, information learned from my review of relevant documents,
information supplied to me from the Debtors' advisors, or my own opinion based on my
knowledge, experience and information concerning the Debtors' operations and financial
condition.  I am authorized to submit this declaration on behalf of the Debtors.  If called to testify,
I could and would testify competently to the matters set forth in this declaration.

3.      Pursuant to 11 U.S.C. § 1116(1), I am aware that each Debtor is required to
either: (1) append to its bankruptcy petition (each a "Bankruptcy Petition," and collectively the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as
follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330).
The Debtors' mailing address is 36 Broomfield Street, 204, Boston, MA 02108.

"<u>Bankruptcy Petitions</u>") its most recent balance sheet, statement of operations, cash-flow statements and Federal income tax return; or (2) provide a statement that no such balance sheet, statement of operations, cash-flow statements and Federal income tax return exists.

4.      Appended to the applicable Bankruptcy Petitions are: (1) Blank Label's balance sheet for 2021, which is Blank Label's most recent balance sheet; (2) BlackLapel's balance sheet for 2021, which is Blacklapel's most recent balance sheet; and (3) Ratio Clothing's balance sheet for 2022, which is Ratio Clothing's most recent balance sheet.  The following do not exist: (1) a 2022 balance sheet for Blank Label; and (2) a 2022 balance sheet for BlackLapel.

5.      Appended to the applicable Bankruptcy Petitions are: (1) Blank Label's statement of operations for 2021, which is Blank Label's most recent statement of operations; (2) BlackLapel's statement of operations for 2021, which is BlackLapel's most statement of operations; and (3) Ratio Clothing's statement of operations for 2022, which is Ratio Clothing's most recent statement of operations.  The following do not exist: (1) a 2022 statement of operations for Blank Label; and (2) a 2022 statement of operations for BlackLapel.

6.      Appended to the Bankruptcy Petitions are: (1) BlackLapel's Federal tax return for 2020; and (2) Ratio Clothing's Federal tax return for 2021, which is Ratio Clothing's most recent Federal tax return.  The following do not exist: (1) a 2021 Federal tax return for Blank Label; and (2) a 2021 Federal tax return for BlackLapel.

7.      No cash flow statements exist for any of Blank Label, BlackLapel or Ratio Clothing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 8, 2023
　　　　Boston, MA　　　　　　　　　　　　　*/s/ Fan Bi*
　　　　　　　　　　　　　　　　　　　　　　　Fan Bi