**Fill in this information to identify the case:**

Debtor Name __Blank Label Group, Inc.et al (See footnote1-Exhibit B)__

United States Bankruptcy Court for the: District of Delaware

Case number: __23-10286 (JTD)__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __May 2023__

Line of business: __Mens Apparel__

Date report filed: __09/01/2023__
MM / DD / YYYY

NAISC code: __454390__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Chief Restructuring Officer__

Original signature of responsible party __/s/ Peter A. Furman__

Printed name of responsible party __Peter A. Furman__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name   Blank Label Group, Inc.et al (See footnote1-Exhibit B)          Case number  23-10286 (JTD)

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 508,505.13

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 295,111.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 504,958.42

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -209,847.4(

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 298,657.71

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

*(Exhibit E)*

**The Debtors maintain their books and records and operate their businesses on a cash basis. As a result, amounts due or owed by the Debtors are unavailable.**

Debtor Name   Blank Label Group, Inc.et al (See footnote1-Exhibit B)          Case number 23-10286 (JTD)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                             $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        8
27. What is the number of employees as of the date of this monthly report?           8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 14,585.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 14,585.00
30. How much have you paid this month in other professional fees?    $ _____
31. How much have you paid in total other professional fees since filing the case?    $ 2,453.75

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 185,000.00 | — | $ 295,111.00 | = | $ 110,111.00 |
| 33. **Cash disbursements** | $ 140,250.00 | — | $ 504,958.42 | = | $ -364,708.00 |
| 34. **Net cash flow** | $ 44,750.00 | — | $ -209,847.40 | = | $ -254,597.40 |

35. Total projected cash receipts for the next month:                $ _____
36. Total projected cash disbursements for the next month:          - $ _____
37. Total projected net cash flow for the next month.               = $ _____

Debtor Name   Blank Label Group, Inc.et al (See footnote1-Exhibit B)          Case number 23-10286 (JTD)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.   Bank reconciliation reports for each account.

☐ 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.

**Blank Label Group, Inc.**                                              Exhibit A
**23-10286 (JTD)**
**Period:  May 2023**


(2) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. The sale
closed on June 1, 2023.


(6) Due to the lack of complete accounting records, the preparation of
the 2021 tax returns has been delayed.  The returns are expected to be
filed imminently.

**Blank Label Group, Inc.**                                           Exhibit B
**23-10286 (JTD)**
**Period:  May 2023**


(1) Report includes all activity for the 3 related Debtors:
BlankLabel Group, Inc. (23-10286 (JTD)), BlackLapel Custom
Clothier, Inc.(23-10287 (JTD))  and Ratio Clothing LLC (23-10288
(JTD))

(10)The Debtors DIP accounts were opened in May of 2023. As of
the end of the month, the Debtors were still utilizing the prior
operating accounts pursuant to the Cash Management Order.

Exhibit C

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Receipts**
**Period: May 23**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| Mercury - 2750 | | | | | |
| 5/2/2023 | BRAINTREE | ACH In | | 8,605.63 | Sales |
| 5/2/2023 | BRAINTREE | ACH In | | 3,091.03 | Sales |
| 5/2/2023 | BRAINTREE | ACH In | | 2,584.73 | Sales |
| 5/2/2023 | BRAINTREE | ACH In | | 1,580.00 | Sales |
| 5/3/2023 | BRAINTREE | ACH In | | 5,629.63 | Sales |
| 5/3/2023 | BRAINTREE | ACH In | | 2,827.65 | Sales |
| 5/3/2023 | BRAINTREE | ACH In | | 6,472.00 | Sales |
| 5/3/2023 | BRAINTREE | ACH In | | 2,740.00 | Sales |
| 5/4/2023 | BRAINTREE | ACH In | | 5,233.74 | Sales |
| 5/4/2023 | BRAINTREE | ACH In | | 673.09 | Sales |
| 5/4/2023 | BRAINTREE | ACH In | | 500.00 | Sales |
| 5/4/2023 | BRAINTREE | ACH In | | 49.00 | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (2,649.01) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (1,774.09) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (1,514.16) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (637.47) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (520.27) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (512.07) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (222.96) | Sales |
| 5/4/2023 | BRAINTREE | ACH Pull | | (98.99) | Sales |
| 5/5/2023 | BRAINTREE | ACH In | | 2,623.12 | Sales |
| 5/5/2023 | BRAINTREE | ACH In | | 1,368.13 | Sales |
| 5/5/2023 | BRAINTREE | ACH In | | 3,710.00 | Sales |
| 5/5/2023 | BRAINTREE | ACH In | | 500.00 | Sales |
| 5/6/2023 | BRAINTREE | ACH In | | 7,146.89 | Sales |
| 5/6/2023 | BRAINTREE | ACH In | | 2,874.37 | Sales |
| 5/6/2023 | BRAINTREE | ACH In | | 1,394.24 | Sales |
| 5/6/2023 | BRAINTREE | ACH In | | 95.00 | Sales |
| 5/9/2023 | BRAINTREE | ACH In | | 8,532.19 | Sales |
| 5/9/2023 | BRAINTREE | ACH In | | 3,808.23 | Sales |
| 5/9/2023 | BRAINTREE | ACH In | | 501.95 | Sales |
| 5/9/2023 | BRAINTREE | ACH In | | 850.00 | Sales |
| 5/10/2023 | BRAINTREE | ACH In | | 10,702.39 | Sales |
| 5/10/2023 | BRAINTREE | ACH In | | 6,005.63 | Sales |
| 5/10/2023 | BRAINTREE | ACH In | | 863.16 | Sales |
| 5/10/2023 | BRAINTREE | ACH In | | 2,945.00 | Sales |
| 5/11/2023 | BRAINTREE | ACH Pull | | (252.27) | Sales |
| 5/11/2023 | BRAINTREE | ACH In | | 773.95 | Sales |
| 5/11/2023 | BRAINTREE | ACH In | | 766.67 | Sales |
| 5/11/2023 | BRAINTREE | ACH In | | 1,885.00 | Sales |

Exhibit  C

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| 5/12/2023 | BRAINTREE | ACH In | | 3,163.44 | Sales |
| 5/12/2023 | BRAINTREE | ACH In | | 1,271.05 | Sales |
| 5/12/2023 | BRAINTREE | ACH In | | 934.00 | Sales |
| 5/12/2023 | BRAINTREE | ACH In | | 375.00 | Sales |
| 5/13/2023 | BRAINTREE | ACH In | | 5,483.65 | Sales |
| 5/13/2023 | BRAINTREE | ACH In | | 209.95 | Sales |
| 5/13/2023 | BRAINTREE | ACH In | | 1,100.00 | Sales |
| 5/13/2023 | BRAINTREE | ACH In | | 855.00 | Sales |
| 5/13/2023 | Trinity Apparel Group | ••8469 | | 615.65 | Refunds/Credit |
| 5/16/2023 | BRAINTREE | ACH In | | 4,475.25 | Sales |
| 5/16/2023 | BRAINTREE | ACH In | | 3,160.25 | Sales |
| 5/16/2023 | BRAINTREE | ACH In | | 1,803.06 | Sales |
| 5/16/2023 | BRAINTREE | ACH In | | 1,535.00 | Sales |
| 5/17/2023 | BRAINTREE | ACH In | | 10,818.51 | Sales |
| 5/17/2023 | BRAINTREE | ACH In | | 1,736.88 | Sales |
| 5/17/2023 | BRAINTREE | ACH In | | 1,341.58 | Sales |
| 5/17/2023 | BRAINTREE | ACH In | | 3,390.00 | Sales |
| 5/18/2023 | BRAINTREE | ACH In | | 2,175.07 | Sales |
| 5/18/2023 | BRAINTREE | ACH In | | 1,593.75 | Sales |
| 5/18/2023 | BRAINTREE | ACH In | | 2,992.20 | Sales |
| 5/18/2023 | BRAINTREE | ACH In | | 179.38 | Sales |
| 5/19/2023 | BRAINTREE | ACH In | | 7,110.04 | Sales |
| 5/19/2023 | BRAINTREE | ACH In | | 5,966.87 | Sales |
| 5/19/2023 | BRAINTREE | ACH In | | 890.29 | Sales |
| 5/19/2023 | BRAINTREE | ACH In | | 860.00 | Sales |
| 5/20/2023 | BRAINTREE | ACH In | | 7,984.21 | Sales |
| 5/20/2023 | BRAINTREE | ACH In | | 257.87 | Sales |
| 5/20/2023 | BRAINTREE | ACH In | | 250.00 | Sales |
| 5/23/2023 | BRAINTREE | ACH In | | 7,403.78 | Sales |
| 5/23/2023 | BRAINTREE | ACH In | | 2,496.56 | Sales |
| 5/23/2023 | BRAINTREE | ACH In | | 455.00 | Sales |
| 5/23/2023 | BRAINTREE | ACH Pull | | (187.18) | Sales |
| 5/24/2023 | BRAINTREE | ACH In | | 5,033.06 | Sales |
| 5/24/2023 | BRAINTREE | ACH In | | 3,203.07 | Sales |
| 5/24/2023 | BRAINTREE | ACH In | | 1,773.22 | Sales |
| 5/24/2023 | BRAINTREE | ACH In | | 95.00 | Sales |
| 5/25/2023 | BRAINTREE | ACH In | | 5,724.47 | Sales |
| 5/25/2023 | BRAINTREE | ACH In | | 2,047.83 | Sales |
| 5/25/2023 | BRAINTREE | ACH In | | 1,019.00 | Sales |
| 5/25/2023 | BRAINTREE | ACH In | | 808.06 | Sales |
| 5/25/2023 | BLUE RIDGE BANK - FINTECH | Wire | Debtors Operating Account | 100,114.00 | Transfer |
| 5/26/2023 | BRAINTREE | ACH In | | 8,841.56 | Sales |
| 5/26/2023 | BRAINTREE | ACH In | | 1,938.13 | Sales |
| 5/26/2023 | BRAINTREE | ACH In | | 371.85 | Sales |
| 5/26/2023 | BRAINTREE | ACH In | | 1,500.00 | Sales |
| 5/26/2023 | [RETURN] Soul of Startups LLC | ACH Payment | Fan's Leadership coach | 1,650.00 | Refunds/Credit |
| 5/27/2023 | BRAINTREE | ACH In | | 4,538.44 | Sales |

Exhibit  C

| Date | Name | Type | Note | Amount | Category |
|---|---|---|---|---|---|
| 5/27/2023 | BRAINTREE | ACH In | | 2,899.06 | Sales |
| 5/27/2023 | BRAINTREE | ACH In | | 2,733.97 | Sales |
| 5/27/2023 | BRAINTREE | ACH In | | 313.33 | Sales |
| 5/31/2023 | BRAINTREE | ACH In | | 9,633.57 | Sales |
| 5/31/2023 | BRAINTREE | ACH In | | 13,219.06 | Sales |
| 5/31/2023 | BRAINTREE | ACH In | | 3,038.69 | Sales |
| 5/31/2023 | BRAINTREE | ACH In | | 1,575.00 | Sales |
| Total Mercury - 2750 | | | | 343,917.61 | |
| | | | | | |
| Mercury - 8006 | | | | | |
| 5/8/2023 | Ratio Clothing | ACH In | | 5,000.00 | Transfer |
| Total Mercury - 8006 | | | | 5,000.00 | |
| | | | | | |
| BlueRidge 6418 | | | | | |
| 5/1/2023 | Interest April 2023 | | | 114.28 | Interest Income |
| 5/25/2023 | APA TREAS 310 | MISC PAY | Maturity of 2/23/23 Treasury Bill | 100,000.00 | Transfer |
| 5/30/2023 | Jack Erwin | | Related Non Debtor Entity | 25,000.00 | $ Related Entity |
| 5/31/2023 | Jack Erwin | | Related Non Debtor Entity | 25,000.00 | $ Related Entity |
| Total BlueRidge 6418 | | | | 150,114.28 | |
| | | | | | |
| BlueRidge Treasury Bills | | | | | |
| 5/1/2023 | Interest Income | | | 1,193.11 | Interest Income |
| Total BlueRidge Treasury Bills | | | | 1,193.11 | |
| | | | | | |
| Total Receipts | | | | 500,225.00 | |
| Less Transfers | | | | (205,114.00) | |
| Total Receipts Less Transfers | | | | $ 295,111.00 | |

Exhibit  D

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Disbursements**
**Period:  May 23**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| **Mercury - 2750** | | | | | |
| 5/1/2023 | XIUYING NI | Intl. Wire Payment | | (21,961.00) | Purchases |
| 5/1/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (569.85) | Selling & Admin |
| 5/1/2023 | GUSTO | ACH Pull | | (532.49) | Payroll |
| 5/1/2023 | GUSTO | ACH Pull | | (272.09) | Payroll |
| 5/1/2023 | COMCAST 8497303 | ACH Pull | | (124.87) | Utilities |
| 5/1/2023 | GUSTO | ACH Pull | | (83.09) | Payroll |
| 5/1/2023 | GUSTO | ACH Pull | | (110.75) | Payroll |
| 5/1/2023 | GUSTO | ACH Pull | | (101.25) | Payroll |
| 5/1/2023 | GUSTO | ACH Pull | | (1,510.00) | Payroll |
| 5/1/2023 | CHERRY CREEK CUSTOM TA | ••8469 | | (597.32) | Selling & Admin |
| 5/1/2023 | ReadyRefresh | ACH Pull | | (54.96) | Selling & Admin |
| 5/1/2023 | Google Pay | ••0430 | | (300.50) | Selling & Admin |
| 5/1/2023 | GOOGLE | ACH Pull | | (500.00) | Selling & Admin |
| 5/1/2023 | INTUIT * | ACH Pull | | (116.88) | Selling & Admin |
| 5/2/2023 | Mollys Spirits | ••8469 | | (204.48) | Selling & Admin |
| 5/2/2023 | BCBS MASS | ACH Pull | Health Insurance | (3,655.31) | Insurance |
| 5/2/2023 | BCBS MASS | ACH Pull | Health Insurance | (3,336.89) | Insurance |
| 5/2/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/2/2023 | Google Pay | ••0430 | | (54.88) | Selling & Admin |
| 5/2/2023 | BCBS MASS | ACH Pull | Health Insurance | (576.96) | Insurance |
| 5/2/2023 | Han Sol Lee | Intl. Wire Payment | | (6,798.00) | Purchases |
| 5/2/2023 | King Soopers | ••8469 | | (88.49) | Selling & Admin |
| 5/2/2023 | John Cantalupa | Check Payment | | (395.00) | Selling & Admin |
| 5/3/2023 | Amazon Web Services | ••0430 | | (4.35) | Selling & Admin |
| 5/3/2023 | GOBUNDANCE | ••0492 | | (3,800.00) | Selling & Admin |
| 5/3/2023 | ClickPay | ACH Pull | rent | (16,000.00) | Selling & Admin |
| 5/3/2023 | GUSTO | ACH Pull | | (219.94) | Payroll |
| 5/3/2023 | 1PASSWORD | ••0430 | | (21.20) | Selling & Admin |
| 5/3/2023 | Amazon Web Services | ••0430 | | (22.87) | Selling & Admin |
| 5/3/2023 | Trinity Apparel Group | ••8469 | | (231.39) | Purchases |
| 5/3/2023 | PayPal | ••0430 | | (3,466.00) | Selling & Admin |
| 5/3/2023 | EVERSOURCE | ACH Pull | | (66.69) | Utilities |
| 5/3/2023 | EVERSOURCE | ACH Pull | | (39.22) | Utilities |
| 5/3/2023 | Ting Zhu | Intl. Wire Payment | | (19,961.00) | Purchases |
| 5/4/2023 | CHERRY CREEK CUSTOM TA | ••8469 | | (555.00) | Selling & Admin |

Exhibit D

| Date | Name | Type | Note | Amount | Category |
|---|---|---|---|---|---|
| 5/4/2023 | Jeffrey Pilkington | Check Payment | | (110.21) | Selling & Admin |
| 5/5/2023 | MID ATLANTIC TR | ACH Pull | | (2,719.00) | Selling & Admin |
| 5/5/2023 | XIUYING NI | Intl. Wire Payment | | (19,585.00) | Purchases |
| 5/5/2023 | GUSTO | ACH Pull | | (5,000.00) | Payroll |
| 5/5/2023 | Stamps.com | ••0430 | | (100.00) | Selling & Admin |
| 5/5/2023 | GOOGLE | ACH Pull | | (67.19) | Selling & Admin |
| 5/5/2023 | Suerli Souza | Check Payment | | (200.00) | Selling & Admin |
| 5/6/2023 | MID ATLANTIC TR | ACH Pull | | (2,710.24) | Selling & Admin |
| 5/6/2023 | Mile High Wine & Spirits | ••8469 | | (21.62) | Selling & Admin |
| 5/7/2023 | TAL Global Alliances Limited | Intl. Wire Payment | | (2,474.92) | Purchases |
| 5/7/2023 | Fees Wire Fee | Wire Fee | | (15.00) | Bank Fees |
| 5/7/2023 | Mercury - Checking ••8006 | Transfer Out | | (5,000.00) | Transfer |
| 5/7/2023 | Hunter Point LLC | Wire Payment | | (14,585.00) | Professional Fees |
| 5/7/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/7/2023 | John Bambach | ACH Payment | Independent Director | (3,932.50) | Selling & Admin |
| 5/7/2023 | Bostonian Tailoring | Check Payment | | (550.00) | Selling & Admin |
| 5/7/2023 | Bostonian Tailoring | Check Payment | | (680.00) | Selling & Admin |
| 5/9/2023 | TAXJAR.COM | ••0430 | | (211.44) | Selling & Admin |
| 5/9/2023 | GUSTO | ACH Pull | | (24.95) | Payroll |
| 5/9/2023 | King Soopers | ••8469 | | (25.85) | Selling & Admin |
| 5/9/2023 | Han Sol Lee | Intl. Wire Payment | | (6,963.00) | Purchases |
| 5/9/2023 | Bristol County Savings Bank | Wire Payment | | (13,317.00) | Transfer to BCSB |
| 5/10/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/10/2023 | XCEL ENERGY-PSCO | ACH Pull | | (37.95) | Utilities |
| 5/10/2023 | AMEX EPAYMENT | ACH Pull | | (1,600.00) | Selling & Admin |
| 5/11/2023 | XIUYING NI | Intl. Wire Payment | | (23,803.00) | Purchases |
| 5/11/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (1,554.00) | Selling & Admin |
| 5/11/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/11/2023 | Hong Kong Huayuan Trading Compai | Intl. Wire Payment | | (5,875.83) | Purchases |
| 5/12/2023 | Roth Property Maintenance | ••0430 | | (344.16) | Selling & Admin |
| 5/12/2023 | GUSTO | ACH Pull | | (2,450.00) | Payroll |
| 5/12/2023 | Amazon | ••0430 | | (36.47) | Selling & Admin |
| 5/13/2023 | Amazon | ••0430 | | (135.92) | Selling & Admin |
| 5/13/2023 | Adobe | ••0430 | | (58.43) | Selling & Admin |
| 5/14/2023 | Amendment XXI Wine & Spirits | ••8469 | | (71.27) | Selling & Admin |
| 5/14/2023 | Trinity Apparel Group | ••8469 | | (680.65) | Purchases |
| 5/15/2023 | GUSTO | ACH Pull | | (18,786.08) | Payroll |
| 5/15/2023 | GUSTO | ACH Pull | | (8,853.34) | Payroll |
| 5/15/2023 | GUSTO | ACH Pull | | (1,649.61) | Payroll |
| 5/15/2023 | GUSTO | ACH Pull | | (1,631.39) | Payroll |
| 5/15/2023 | GUSTO | ACH Pull | | (1,148.11) | Payroll |
| 5/15/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (577.47) | Selling & Admin |
| 5/15/2023 | GUSTO | ACH Pull | | (144.47) | Payroll |

| Date | Name | Type | Note | Amount | Category |
|---|---|---|---|---|---|
| 5/15/2023 | GUSTO | ACH Pull | | (51.51) | Payroll |
| 5/15/2023 | GUSTO | ACH Pull | | (5,000.00) | Payroll |
| 5/15/2023 | GUSTO | ACH Pull | | (147.30) | Payroll |
| 5/15/2023 | CHERRY CREEK CUSTOM TA | ••8469 | | (230.21) | Selling & Admin |
| 5/15/2023 | Han Sol Lee | Intl. Wire Payment | | (6,988.00) | Purchases |
| 5/15/2023 | XIUYING NI | Intl. Wire Payment | | (22,883.00) | Purchases |
| 5/16/2023 | 4AllPromos | ••8469 | | (2,192.29) | Selling & Admin |
| 5/16/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/16/2023 | GUSTO | ACH Pull | | (662.99) | Payroll |
| 5/16/2023 | GUSTO | ACH Pull | | (45.01) | Payroll |
| 5/16/2023 | GUSTO | ACH Pull | | (1,510.00) | Payroll |
| 5/17/2023 | Canva | ••0430 | | (12.95) | Selling & Admin |
| 5/17/2023 | CHERRY CREEK CUSTOM TA | ••8469 | | (166.77) | Selling & Admin |
| 5/17/2023 | Trinity Apparel Group | ••8469 | | (440.65) | Purchases |
| 5/17/2023 | Trinity Apparel Group | ••8469 | | (128.39) | Purchases |
| 5/17/2023 | Trinity Apparel Group | ••8469 | | (1,281.83) | Purchases |
| 5/17/2023 | GUSTO | ACH Pull | | (1,543.52) | Payroll |
| 5/17/2023 | GUSTO | ACH Pull | | (1,022.73) | Payroll |
| 5/17/2023 | GUSTO | ACH Pull | | (2,450.00) | Payroll |
| 5/17/2023 | Bristol County Savings Bank | Wire Payment | | (12,917.00) | Transfer to BCSB |
| 5/18/2023 | NYS DTF SALES | ACH Pull | Sales and Use | (3,842.70) | Taxes |
| 5/18/2023 | AMEX EPAYMENT | ACH Pull | | (2,900.00) | Selling & Admin |
| 5/18/2023 | USPS STAMPS ENDICIA | ••0430 | | (100.00) | Selling & Admin |
| 5/18/2023 | Taco Labs Inc | Wire Payment | Marketing & Consulting | (20,000.00) | Selling & Admin |
| 5/19/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/19/2023 | NYSIF | ACH Pull | Workers Comp | (49.50) | Insurance |
| 5/19/2023 | GUSTO | ACH Pull | | (5,000.00) | Payroll |
| 5/19/2023 | Shopify | ••0430 | | (818.94) | Selling & Admin |
| 5/19/2023 | Suerli Souza | Check Payment | | (200.00) | Selling & Admin |
| 5/20/2023 | MID ATLANTIC TR | ACH Pull | | (3,275.23) | Selling & Admin |
| 5/22/2020 | GUSTO | ACH Pull | | (5,000.00) | Payroll |
| 5/22/2020 | HP Ink | ••0430 | | (19.59) | Selling & Admin |
| 5/22/2020 | CO DEPT REVENUE | ACH Pull | | (688.68) | Taxes |
| 5/23/2023 | UPS | ••0430 | | (172.93) | Selling & Admin |
| 5/23/2023 | COMM OF MASS EFT | ACH Pull | | (502.09) | Taxes |
| 5/23/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (2,054.00) | Selling & Admin |
| 5/23/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/23/2023 | James Fabric Import and Export Co., I | Intl. Wire Payment | | (3,266.29) | Purchases |
| 5/23/2023 | Fees Wire Fee | Wire Fee | | (15.00) | Bank Fees |
| 5/24/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/24/2023 | Dropbox | ••0430 | | (76.50) | Selling & Admin |
| 5/24/2023 | GUSTO | ACH Pull | | (34.86) | Payroll |
| 5/24/2023 | AMEX EPAYMENT | ACH Pull | | (4,070.00) | Selling & Admin |

Exhibit  D

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| 5/24/2023 | Soul of Startups LLC | ACH Payment | Fan's Leadership coach | (1,650.00) | Selling & Admin |
| 5/25/2023 | ClickPay | ACH Pull | rent | (8,000.00) | Selling & Admin |
| 5/26/2023 | ZENDESK - US | ••0430 | | (141.78) | Selling & Admin |
| 5/26/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (736.00) | Selling & Admin |
| 5/26/2023 | Easypost | ACH Pull | 2 | (500.00) | Selling & Admin |
| 5/26/2023 | GUSTO | ACH Pull | | (277.53) | Payroll |
| 5/26/2023 | GUSTO | ACH Pull | | (88.04) | Payroll |
| 5/26/2023 | GUSTO | ACH Pull | | (5,000.00) | Payroll |
| 5/26/2023 | GUSTO | ACH Pull | | (5,000.00) | Payroll |
| 5/26/2023 | GUSTO | ACH Pull | | (147.30) | Payroll |
| 5/26/2023 | Stamps.com | ••0430 | | (19.11) | Selling & Admin |
| 5/26/2023 | 1600 Boulder | ACH Payment | | (2,150.00) | Rent |
| 5/26/2023 | Taco Labs Inc | Wire Payment | Marketing & Consulting | (20,000.00) | Selling & Admin |
| 5/27/2023 | TAXJAR.COM | ••0430 | | (216.67) | Selling & Admin |
| 5/29/2023 | Amendment XXI Wine & Spirits | ••8469 | | (74.51) | Selling & Admin |
| 5/30/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (557.72) | Selling & Admin |
| 5/30/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (6,005.00) | Selling & Admin |
| 5/30/2023 | AirwalleW0HXJ20I | ACH Pull | | (3,919.00) | Selling & Admin |
| 5/30/2023 | Deel, Inc. | ACH Pull | GlobalHiring | (1,505.00) | Selling & Admin |
| 5/30/2023 | GUSTO | ACH Pull | | (34.00) | Selling & Admin |
| 5/30/2023 | Easypost | ACH Pull | Shipping | (500.00) | Selling & Admin |
| 5/30/2023 | Yujie Gao | Intl. Wire Payment | | (17,730.00) | Purchases |
| 5/30/2023 | COMCAST 8497303 | ACH Pull | | (124.87) | Utilities |
| 5/30/2023 | Soul of Startups LLC | ACH Payment | Fan's Leadership coach | (3,650.00) | Selling & Admin |
| 5/30/2023 | GOOGLE | ACH Pull | | (500.00) | Selling & Admin |
| 5/30/2023 | Bostonian Tailoring | Check Payment | | (2,225.00) | Selling & Admin |
| 5/31/2023 | NYS DTF SALES | ACH Pull | Sales and Use | (146.01) | Taxes |
| 5/31/2023 | GUSTO | ACH Pull | | (18,922.17) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (8,944.13) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (1,912.16) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (1,631.39) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (1,148.11) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (752.99) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (1,442.60) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (76.49) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (7,500.00) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (2,500.00) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (2,450.00) | Payroll |
| 5/31/2023 | GUSTO | ACH Pull | | (1,510.00) | Payroll |
| Total Mercury - 2750 | | c | | (479,511.83) | |

Mercury - 8006

| 5/2/2023 | West Town Bank & Trust | Check Payment | Previous Chapter 11 Paym | (1,009.50) | Secured Debt |

Exhibit D

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| 5/3/2023 | American Express National Bank | Check Payment | Previous Chapter 11 Paym | (1,873.95) | Secured Debt |
| 5/12/2023 | THE GUARDIAN | ACH Pull | | (70.07) | Insurance |
| 5/15/2023 | CHASE CREDIT CRD | ACH Pull | | (621.00) | Selling & Admin |
| 5/24/2023 | American Express National Bank | Check Payment | | (1,873.95) | Secured Debt |
| 5/26/2023 | West Town Bank & Trust | Check Payment | | (1,009.05) | Secured Debt |
| 5/31/2023 | THE GUARDIAN | ACH Pull | | (70.07) | Insurance |

Total Mercury - 8006 (6,527.59)

**BlueRidge 6418**

| | | | | | |
|------|------|------|------|--------|----------|
| 5/25/2023 | Wire to Ratio Clothing | | | (100,114.00) | Transfer |
| 5/31/2023 | Jiachen Che | | Unknown Payee | (23,919.00) | Unknown |

Total BlueRidge 6418 (124,033.00)

**BlueRidge Treasury Bills**

| | | | | |
|------|------|--------|----------|
| 5/25/2023 | Maturity of Treasury Bills purchased on 2/23/23 | (100,000.00) | Transfer |

Total BlueRidge Treasury Bills (100,000.00)

| | |
|---|---|
| Total Disbursements | (710,072.42) |
| Less Transfers | (205,114.00) |
| Total Receipts Less Transfers | $ (504,958.42) |

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Period: May 1 - May 31, 2023**

| | BlankLabel Group, Inc. | BlankLabel Group, Inc. | BlackLapel Custom Clothier, Inc. | BlankLabel Group, Inc. | Ratio Clothing LLC | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **BlueRidge 6418** | **BlueRidge Treasury Bills** | **Mercury 8016** | **Mercury 8006** | **Mercury 2750** | **Total** | **Cumulative Total** |
| **Beginning Balance** | 0.00 | 296,405.50 | $ 0.01 | $ 4,010.46 | $ 208,089.16 | $ 508,505.13 | $ 683,506.16 |
| | | | | | | | - |
| **CASH RECEIPTS** | | | | | | | - |
| Net Cash Sales | | | | | 241,537.96 | 241,537.96 | 778,801.74 |
| Accounts Receivable | | | | | | - | - |
| Loans and Advances | | | | | | - | - |
| Amounts from Related Non Debtor Entities | 50,000.00 | | | | | 50,000.00 | 70,000.00 |
| Sale of Assets | | | | | | - | - |
| Interest Income | 114.28 | 1,193.11 | | | | 1,307.39 | 2,081.81 |
| Credits/Returns | | | | | 2,265.65 | 2,265.65 | 2,362.91 |
| Other | | | | | | - | 42,000.01 |
| Transfers | 100,000.00 | | | 5,000.00 | 100,114.00 | 205,114.00 | 604,840.23 |
| **TOTAL RECEIPTS** | **150,114.28** | **1,193.11** | **-** | **5,000.00** | **343,917.61** | **500,225.00** | **1,500,086.70** |
| | | | | | | | - |
| **CASH DISBURSEMENTS** | | | | | | | - |
| Net Payroll | | | | | 124,322.39 | 124,322.39 | 271,627.63 |
| Payroll Taxes | | | | | | - | 20,013.50 |
| Sales, Use & Other Taxes | | | | | 5,179.48 | 5,179.48 | 22,204.51 |
| Secured Debt | | | | 5,766.45 | | 5,766.45 | 78,052.06 |
| Inventory Purchases | | | | | 161,051.95 | 161,051.95 | 415,479.92 |
| Transfers to BCSB (1) | | | | | 26,234.00 | 26,234.00 | 87,803.00 |
| Unidentified/Unauthorized Payees (2) | 23,919.00 | | | | | 23,919.00 | 26,229.72 |
| Rent & Utilities | | | | | 2,543.60 | 2,543.60 | 5,636.42 |
| Insurance | | | | 140.14 | 7,618.66 | 7,758.80 | 49,423.94 |
| Selling & Administrative Expense | | | | 621.00 | 132,946.75 | 133,567.75 | 266,480.47 |
| Other (see attached) | | | | | | - | 20,000.00 |
| Owners Draw | | | | | | - | - |
| Expense Reimbursement | | | | | | - | - |
| Taxes - Real Estate | | | | | | - | - |
| Professional Fees (Legal, Accounting) | | | | | 14,585.00 | 14,585.00 | 17,038.75 |
| Bank and Credit Card Fees | | | | | 30.00 | 30.00 | 105.00 |
| Transfers | 100,114.00 | 100,000.00 | | | 5,000.00 | 205,114.00 | 604,840.23 |
| **TOTAL DISBURSEMENTS** | **124,033.00** | **100,000.00** | **-** | **6,527.59** | **479,511.83** | **710,072.42** | **1,884,935.15** |
| | | | | | | | |
| **CASH - End of Month** | $ 26,081.28 | $ 197,598.61 | $ 0.01 | $ 2,482.87 | $ 72,494.94 | $ 298,657.71 | $ 298,657.71 |

(1)  Represents amounts transferred to an account held at Bristol County Savings Bank which the CRO has no control over.

(2)  Represents disbursements with unidentified and/or unauthorized Payees.

 **M E R C U R Y**

**May 2023 statement**
May 1–May 31, 2023 (31 days)
All dates in UTC.

## BLACKLAPEL CUSTOM CLOTHIERS INC

36 Bromfield Street, Ste 203
Boston, MA 02108

EIN ••3725

### Account details

| | |
|---|---|
| Checking account | █████8016 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $0.01 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$0.01** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$0.01** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

May 2023 statement
May 1-May 31, 2023 (31 days)
All dates in UTC.

## Blank Label Group, Inc

36 Bromfield Street, STE 200
Boston, MA 02108

EIN ••6183

### Account details

| | |
|---|---|
| Checking account | 8006 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $4,010.46 |
| Total withdrawals | −$6,527.59 |
| Total deposits | $5,000.00 |
| **Statement Balance** | **$2,482.87** |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| May 02 | West Town Bank & Trust | Check Payment | −$1,009.50 | $3,000.96 |
| May 03 | American Express National Bank | Check Payment | −$1,873.95 | $1,127.01 |
| May 08 | Ratio Clothing | ACH In | $5,000.00 | $6,127.01 |
| May 12 | THE GUARDIAN | ACH Pull | −$70.07 | $6,056.94 |
| May 15 | CHASE CREDIT CRD | ACH Pull | −$621.00 | $5,435.94 |
| May 24 | American Express National Bank | Check Payment | −$1,873.95 | $3,561.99 |
| May 26 | West Town Bank & Trust | Check Payment | −$1,009.05 | $2,552.94 |
| May 31 | THE GUARDIAN | ACH Pull | −$70.07 | $2,482.87 |
| **Total** | | | | **$2,482.87** |

 **MERCURY**

**May 2023 statement**
May 1–May 31, 2023 (31 days)
All dates in UTC.

## Ratio Clothing, LLC

36 Bromfield Street, STE 204
Boston, MA 02108

EIN ••8330

### Account details

| | |
|---|---|
| Checking account | ▇▇▇▇2750 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $208,089.16 |
| Total withdrawals | −$487,880.30 |
| Including wire fees of | −$30.00 |
| Total deposits | $352,286.08 |
| **Statement Balance** | **$72,494.94** |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| May 01 | XIUYING NI | Intl. Wire Payment | −$21,961.00 | |
| | Deel, Inc. | ACH Pull | −$569.85 | |
| | GUSTO | ACH Pull | −$532.49 | |
| | GUSTO | ACH Pull | −$272.09 | |
| | COMCAST 8497303 | ACH Pull | −$124.87 | |
| | GUSTO | ACH Pull | −$83.09 | |
| | GUSTO | ACH Pull | −$110.75 | |
| | GUSTO | ACH Pull | −$101.25 | |
| | GUSTO | ACH Pull | −$1,510.00 | |
| | CHERRY CREEK CUSTOM TA | ••8469 | −$597.32 | |
| | ReadyRefresh | ACH Pull | −$54.96 | |
| | Google Pay | ••0430 | −$300.50 | |
| | GOOGLE | ACH Pull | −$500.00 | |
| | INTUIT * | ACH Pull | −$116.88 | $181,254.11 |
| May 02 | Mollys Spirits | ••8469 | −$204.48 | |
| | BCBS MASS | ACH Pull | −$3,655.31 | |
| | BCBS MASS | ACH Pull | −$3,336.89 | |
| | Easypost | ACH Pull | −$500.00 | |
| | Google Pay | ••0430 | −$54.88 | |
| | BCBS MASS | ACH Pull | −$576.96 | |
| | BRAINTREE | ACH In | $8,605.63 | |
| | BRAINTREE | ACH In | $3,091.03 | |
| | BRAINTREE | ACH In | $2,584.73 | |
| | BRAINTREE | ACH In | $1,580.00 | |
| | Han Sol Lee | Intl. Wire Payment | −$6,798.00 | |
| | King Soopers | ••8469 | −$88.49 | |
| | John Cantalupa | Check Payment | −$395.00 | $181,505.49 |
| May 03 | Amazon Web Services | ••0430 | −$4.35 | |
| | GOBUNDANCE | ••0492 | −$3,800.00 | |
| | ClickPay | ACH Pull | −$16,000.00 | |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | BRAINTREE | ← ACH In | $5,629.63 | |
| | BRAINTREE | ← ACH In | $2,827.65 | |
| | BRAINTREE | ← ACH In | $6,472.00 | |
| | BRAINTREE | ← ACH In | $2,740.00 | |
| | GUSTO | → ACH Pull | −$219.94 | |
| | 1PASSWORD | ••0430 | −$21.20 | |
| | Amazon Web Services | ••0430 | −$22.87 | |
| | Trinity Apparel Group | ••8469 | −$231.39 | |
| | PayPal | ••0430 | −$3,466.00 | |
| | EVERSOURCE | → ACH Pull | −$66.69 | |
| | EVERSOURCE | → ACH Pull | −$39.22 | |
| | Ting Zhu | ⟟ Intl. Wire Payment | −$19,961.00 | $155,342.11 |
| May 04 | CHERRY CREEK CUSTOM TA | ••8469 | −$555.00 | |
| | BRAINTREE | ← ACH In | $5,233.74 | |
| | BRAINTREE | ← ACH In | $673.09 | |
| | BRAINTREE | ← ACH In | $500.00 | |
| | BRAINTREE | ← ACH In | $49.00 | |
| | BRAINTREE | → ACH Pull | −$2,649.01 | |
| | BRAINTREE | → ACH Pull | −$1,774.09 | |
| | BRAINTREE | → ACH Pull | −$1,514.16 | |
| | BRAINTREE | → ACH Pull | −$637.47 | |
| | BRAINTREE | → ACH Pull | −$520.27 | |
| | BRAINTREE | → ACH Pull | −$512.07 | |
| | BRAINTREE | → ACH Pull | −$222.96 | |
| | BRAINTREE | → ACH Pull | −$98.99 | |
| | Jeffrey Pilkington | ⟟ Check Payment | −$110.21 | $153,203.71 |
| May 05 | MID ATLANTIC TR | → ACH Pull | −$2,719.00 | |
| | BRAINTREE | ← ACH In | $2,623.12 | |
| | BRAINTREE | ← ACH In | $1,368.13 | |
| | BRAINTREE | ← ACH In | $3,710.00 | |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | BRAINTREE | ← ACH In | $500.00 | |
| | XIUYING NI | ⟋ Intl. Wire Payment | −$19,585.00 | |
| | GUSTO | → ACH Pull | −$5,000.00 | |
| | Stamps.com | ▭ ••0430 | −$100.00 | |
| | GOOGLE | → ACH Pull | −$67.19 | |
| | Suerli Souza | ⟋ Check Payment | −$200.00 | $133,733.77 |
| May 06 | BRAINTREE | ← ACH In | $7,146.89 | |
| | BRAINTREE | ← ACH In | $2,874.37 | |
| | BRAINTREE | ← ACH In | $1,394.24 | |
| | BRAINTREE | ← ACH In | $95.00 | |
| | MID ATLANTIC TR | → ACH Pull | −$2,710.24 | |
| | Mile High Wine & Spirits | ▭ ••8469 | −$21.62 | $142,512.41 |
| May 08 | TAL Global Alliances Limited | ⟋ Intl. Wire Payment | −$2,474.92 | |
| | Fees Wire Fee | ⟋ Wire Fee | −$15.00 | |
| | Mercury - Checking ••8006 | → Transfer Out | −$5,000.00 | |
| | Hunter Point LLC | ⟋ Wire Payment | −$14,585.00 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | John Bambach | ⇄ ACH Payment | −$3,932.50 | |
| | Bostonian Tailoring | ⟋ Check Payment | −$550.00 | |
| | Bostonian Tailoring | ⟋ Check Payment | −$680.00 | $114,774.99 |
| May 09 | TAXJAR.COM | ▭ ••0430 | −$211.44 | |
| | BRAINTREE | ← ACH In | $8,532.19 | |
| | BRAINTREE | ← ACH In | $3,808.23 | |
| | BRAINTREE | ← ACH In | $501.95 | |
| | BRAINTREE | ← ACH In | $850.00 | |
| | GUSTO | → ACH Pull | −$24.95 | |
| | King Soopers | ▭ ••8469 | −$25.85 | |
| | Han Sol Lee | ⟋ Intl. Wire Payment | −$6,963.00 | |
| | Bristol County Savings Bank | ⟋ Wire Payment | −$13,317.00 | $107,925.12 |
| May 10 | Easypost | → ACH Pull | −$500.00 | |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | BRAINTREE | ← ACH In | $10,702.39 | |
| | BRAINTREE | ← ACH In | $6,005.63 | |
| | BRAINTREE | ← ACH In | $863.16 | |
| | BRAINTREE | ← ACH In | $2,945.00 | |
| | XCEL ENERGY-PSCO | → ACH Pull | −$37.95 | |
| | AMEX EPAYMENT | → ACH Pull | −$1,600.00 | $126,303.35 |
| May 11 | XIUYING NI | ◁ Intl. Wire Payment | −$23,803.00 | |
| | Deel, Inc. | → ACH Pull | −$1,554.00 | |
| | BRAINTREE | ← ACH In | $773.95 | |
| | BRAINTREE | ← ACH In | $766.67 | |
| | BRAINTREE | → ACH Pull | −$252.27 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | BRAINTREE | ← ACH In | $1,885.00 | |
| | Hong Kong Huayuan Trading Company Limited | ◁ Intl. Wire Payment | −$5,875.83 | $97,743.87 |
| May 12 | Roth Property Maintenance | ▭ ••0430 | −$344.16 | |
| | BRAINTREE | ← ACH In | $3,163.44 | |
| | BRAINTREE | ← ACH In | $1,271.05 | |
| | BRAINTREE | ← ACH In | $934.00 | |
| | BRAINTREE | ← ACH In | $375.00 | |
| | GUSTO | → ACH Pull | −$2,450.00 | |
| | Amazon | ▭ ••0430 | −$36.47 | $100,656.73 |
| May 13 | Amazon | ▭ ••0430 | −$135.92 | |
| | BRAINTREE | ← ACH In | $5,483.65 | |
| | BRAINTREE | ← ACH In | $209.95 | |
| | BRAINTREE | ← ACH In | $1,100.00 | |
| | BRAINTREE | ← ACH In | $855.00 | |
| | Adobe | ▭ ••0430 | −$58.43 | |
| | Trinity Apparel Group | ▭ ••8469 | $615.65 | $108,726.63 |
| May 14 | Amendment XXI Wine & Spirits | ▭ ••8469 | −$71.27 | |
| | Trinity Apparel Group | ▭ ••8469 | −$680.65 | $107,974.71 |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| May 15 | GUSTO | → ACH Pull | −$18,786.08 | |
| | GUSTO | → ACH Pull | −$8,853.34 | |
| | GUSTO | → ACH Pull | −$1,649.61 | |
| | GUSTO | → ACH Pull | −$1,631.39 | |
| | GUSTO | → ACH Pull | −$1,148.11 | |
| | Deel, Inc. | → ACH Pull | −$577.47 | |
| | GUSTO | → ACH Pull | −$144.47 | |
| | GUSTO | → ACH Pull | −$51.51 | |
| | GUSTO | → ACH Pull | −$5,000.00 | |
| | GUSTO | → ACH Pull | −$147.30 | |
| | CHERRY CREEK CUSTOM TA | ▭ ••8469 | −$230.21 | |
| | Han Sol Lee | ◁ Intl. Wire Payment | −$6,988.00 | |
| | XIUYING NI | ◁ Intl. Wire Payment | −$22,883.00 | $39,884.22 |
| May 16 | BRAINTREE | ← ACH In | $4,475.25 | |
| | BRAINTREE | ← ACH In | $3,160.25 | |
| | BRAINTREE | ← ACH In | $1,803.06 | |
| | BRAINTREE | ← ACH In | $1,535.00 | |
| | 4AllPromos | ▭ ••8469 | −$2,192.29 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | GUSTO | → ACH Pull | −$662.99 | |
| | GUSTO | → ACH Pull | −$45.01 | |
| | GUSTO | → ACH Pull | −$1,510.00 | $45,947.49 |
| May 17 | Canva | ▭ ••0430 | −$12.95 | |
| | CHERRY CREEK CUSTOM TA | ▭ ••8469 | −$166.77 | |
| | BRAINTREE | ← ACH In | $10,818.51 | |
| | BRAINTREE | ← ACH In | $1,736.88 | |
| | BRAINTREE | ← ACH In | $1,341.58 | |
| | BRAINTREE | ← ACH In | $3,390.00 | |
| | Trinity Apparel Group | ▭ ••8469 | −$440.65 | |
| | Trinity Apparel Group | ▭ ••8469 | −$128.39 | |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | Trinity Apparel Group | ●●8469 | −$1,281.83 | |
| | GUSTO | → ACH Pull | −$1,543.52 | |
| | GUSTO | → ACH Pull | −$1,022.73 | |
| | GUSTO | → ACH Pull | −$2,450.00 | |
| | Bristol County Savings Bank | ✎ Wire Payment | −$12,917.00 | $43,270.62 |
| May 18 | BRAINTREE | ← ACH In | $2,175.07 | |
| | BRAINTREE | ← ACH In | $1,593.75 | |
| | BRAINTREE | ← ACH In | $2,992.20 | |
| | BRAINTREE | ← ACH In | $179.38 | |
| | NYS DTF SALES | → ACH Pull | −$3,842.70 | |
| | AMEX EPAYMENT | → ACH Pull | −$2,900.00 | |
| | USPS STAMPS ENDICIA | ●●0430 | −$100.00 | |
| | Taco Labs Inc | ✎ Wire Payment | −$20,000.00 | $23,368.32 |
| May 19 | Easypost | → ACH Pull | −$500.00 | |
| | BRAINTREE | ← ACH In | $7,110.04 | |
| | BRAINTREE | ← ACH In | $5,966.87 | |
| | BRAINTREE | ← ACH In | $890.29 | |
| | BRAINTREE | ← ACH In | $860.00 | |
| | NYSIF | → ACH Pull | −$49.50 | |
| | GUSTO | → ACH Pull | −$5,000.00 | |
| | Shopify | ●●0430 | −$818.94 | |
| | Suerli Souza | ✎ Check Payment | −$200.00 | $31,627.08 |
| May 20 | BRAINTREE | ← ACH In | $7,984.21 | |
| | BRAINTREE | ← ACH In | $257.87 | |
| | BRAINTREE | ← ACH In | $250.00 | |
| | MID ATLANTIC TR | → ACH Pull | −$3,275.23 | $36,843.93 |
| May 22 | GUSTO | → ACH Pull | −$5,000.00 | |
| | HP Ink | ●●0430 | −$19.59 | |
| | CO DEPT REVENUE | → ACH Pull | −$688.68 | $31,135.66 |
| May 23 | UPS | ●●0430 | −$172.93 | |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | BRAINTREE | ← ACH In | $7,403.78 | |
| | BRAINTREE | ← ACH In | $2,496.56 | |
| | COMM OF MASS EFT | → ACH Pull | −$502.09 | |
| | BRAINTREE | → ACH Pull | −$187.18 | |
| | Deel, Inc. | → ACH Pull | −$2,054.00 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | BRAINTREE | ← ACH In | $455.00 | |
| | James Fabric Import and Export Co., Ltd | ⇗ Intl. Wire Payment | −$3,266.29 | |
| | Fees Wire Fee | ⇗ Wire Fee | −$15.00 | $34,793.51 |
| May 24 | BRAINTREE | ← ACH In | $5,033.06 | |
| | BRAINTREE | ← ACH In | $3,203.07 | |
| | BRAINTREE | ← ACH In | $1,773.22 | |
| | BRAINTREE | ← ACH In | $95.00 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | Dropbox BVY5LD7HNC1G | ▭ ••0430 | −$76.50 | |
| | GUSTO | ACH Pull | −$34.86 | |
| | AMEX EPAYMENT | → ACH Pull | −$4,070.00 | |
| | Soul of Startups LLC | ⇄ ACH Payment | −$1,650.00 | $38,566.50 |
| May 25 | BRAINTREE | ← ACH In | $5,724.47 | |
| | BRAINTREE | ← ACH In | $2,047.83 | |
| | BRAINTREE | ← ACH In | $1,019.00 | |
| | ClickPay | → ACH Pull | −$8,000.00 | |
| | BRAINTREE | ← ACH In | $808.06 | |
| | BLUE RIDGE BANK - FINTECH | ⇗ Wire | $100,114.00 | $140,279.86 |
| May 26 | ZENDESK - US | ▭ ••0430 | −$141.78 | |
| | BRAINTREE | ← ACH In | $8,841.56 | |
| | BRAINTREE | ← ACH In | $1,938.13 | |
| | BRAINTREE | ← ACH In | $371.85 | |
| | BRAINTREE | ← ACH In | $1,500.00 | |
| | Deel, Inc. | → ACH Pull | −$736.00 | |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | [RETURN] Soul of Startups LLC | ⇄ ACH Payment | $1,650.00 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | GUSTO | → ACH Pull | −$277.53 | |
| | GUSTO | → ACH Pull | −$88.04 | |
| | GUSTO | → ACH Pull | −$5,000.00 | |
| | GUSTO | → ACH Pull | −$5,000.00 | |
| | GUSTO | → ACH Pull | −$147.30 | |
| | Stamps.com | ▭ ••0430 | −$19.11 | |
| | 1600 Boulder | ⇄ ACH Payment | −$2,150.00 | |
| | Taco Labs Inc | ◁ Wire Payment | −$20,000.00 | $120,521.64 |
| May 27 | TAXJAR.COM | ▭ ••0430 | −$216.67 | |
| | BRAINTREE | ← ACH In | $4,538.44 | |
| | BRAINTREE | ← ACH In | $2,899.06 | |
| | BRAINTREE | ← ACH In | $2,733.97 | |
| | BRAINTREE | ← ACH In | $313.33 | $130,789.77 |
| May 29 | Amendment XXI Wine & Spirits | ▭ ••8469 | −$74.51 | $130,715.26 |
| May 30 | Deel, Inc. | → ACH Pull | −$557.72 | |
| | Deel, Inc. | → ACH Pull | −$6,005.00 | |
| | AirwalleW0HXJ20I | → ACH Pull | −$3,919.00 | |
| | Deel, Inc. | → ACH Pull | −$1,505.00 | |
| | GUSTO | → ACH Pull | −$34.00 | |
| | Easypost | → ACH Pull | −$500.00 | |
| | Yujie Gao | ◁ Intl. Wire Payment | −$17,730.00 | |
| | COMCAST 8497303 | → ACH Pull | −$124.87 | |
| | Soul of Startups LLC | ⇄ ACH Payment | −$3,650.00 | |
| | GOOGLE | → ACH Pull | −$500.00 | |
| | Bostonian Tailoring | ◁ Check Payment | −$2,225.00 | $93,964.67 |
| May 31 | BRAINTREE | ← ACH In | $9,633.57 | |
| | BRAINTREE | ← ACH In | $13,219.06 | |
| | BRAINTREE | ← ACH In | $3,038.69 | |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | BRAINTREE | ← ACH In | $1,575.00 | |
| | NYS DTF BILL PYT | → ACH Pull | −$146.01 | |
| | GUSTO | → ACH Pull | −$18,922.17 | |
| | GUSTO | → ACH Pull | −$8,944.13 | |
| | GUSTO | → ACH Pull | −$1,912.16 | |
| | GUSTO | → ACH Pull | −$1,631.39 | |
| | GUSTO | → ACH Pull | −$1,148.11 | |
| | GUSTO | → ACH Pull | −$752.99 | |
| | GUSTO | → ACH Pull | −$1,442.60 | |
| | GUSTO | → ACH Pull | −$76.49 | |
| | GUSTO | → ACH Pull | −$7,500.00 | |
| | GUSTO | → ACH Pull | −$2,500.00 | |
| | GUSTO | → ACH Pull | −$2,450.00 | |
| | GUSTO | → ACH Pull | −$1,510.00 | $72,494.94 |
| **Total** | | | | **$72,494.94** |



Statement Period
**May 01 2023 - May 31 2023**

# Blank Label Group INC

Account
**87XXXX6418**

**Address**
36 Bromfield Street
Boston, MA, 02108
US

**Blue Ridge Bank**
17 West Main Street
Luray, VA, 22835
US

## Statement Summary

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|------|-------------|---------------------|-------------------|---------|
| May 01 | **Opening Balance** | | | **0.00** |
| May 01 | Interest April 2023 | | 114.28 | 114.28 |
| May 25 | APA TREAS 310 \| MISC PAY | | 100,000.00 | 100,114.28 |
| May 25 | Wire to Ratio Clothing \| Capital | 100,114.00 | | 0.28 |
| May 30 | Blank Label Grou \| Jack Erwin | | 25,000.00 | 25,000.28 |
| May 31 | Jiachen Che \| Capital | 23,919.00 | | 1,081.28 |
| May 31 | Blank Label Grou \| Jack Erwin | | 25,000.00 | 26,081.28 |
| May 31 | **Closing Balance** | | | **26,081.28** |

## Fees Summary

| TYPE | TOTAL FOR THIS PERIOD |
|------|----------------------|
| Fees | 0.00 |

## Interest

| TYPE | TOTAL FOR THIS PERIOD |
|------|----------------------|
| Interest Accrued This Period | 11.28 |
| Days In Period | 31 |
| Annual Percentage Yield Earned | 4.96% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transactions, call (602) 671-6704 or send an email at support@capital.xyz if you think your statement or receipt is wrong or if you need more information about a transaction listed in the statement or receipt.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

You will need to provide us:

    a. Your name, account number and/or 16-digit Card number
    b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
    c. Include the dollar amount of the suspected error.

If you provide this information verbally, we may require that you send your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty- five (45) days to investigate your complaint or question. If we decide to do this, we will credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes to complete the investigation. If we ask you to put your complaint or question in writing and you do not provide it within ten (10) business days, we may not credit your Account.

For errors involving a new Account, POS transactions or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your Account for the amount you think is in error. We will notify you with the results within three (3) business days after completing the investigation. If we decide that there was no error, we will send you a written explanation. You may request copies of the documentation used in the investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is incorrect, or if you need more information about a transaction on your statement, notify us immediately.

We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but doing so will not preserve your rights.

You will need to provide us:

    a. Your name, account number and/or 16-digit Card number
    b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
    c. Include the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts of your bill that are not in question. While we investigate your inquiry we cannot report you as delinquent or take any action to collect the amount in question.

## My Account Activity

**Blank Label Group:** P-775-345-914

**Your most recent account activity is provided below.** For details about a particular transaction, select the date for the one you wish to view. To view all of your account activity, go to <u>History.</u>

### Recent Purchases and Reinvestments

| Date | Type | Amount |
|------|------|--------|
| <u>03-16-2023</u> | 13-Week Bill | $200,000.00 |



### Recent Payments to You



| Date | Type | Amount |
|------|------|--------|

### Pending Purchases, Reinvestments, and Redemptions

| Date | Type | Amount |
|------|------|--------|
| None Available | | |

### Gift and Transfer Activity

| Date | Type | Amount |
|------|------|--------|
| None Available | | |

### C of I Funding

| Date | Type | Amount |
|------|------|--------|
| None Available | | |

Return