**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
   amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____                              Date report filed: _____
                                                                       MM / DD / YYYY

Line of business: _____              NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____    Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                    ❏    ❏    ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏    ❏    ❏

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**    $ _____

   *(Exhibit E)*

**The Debtors maintain their books and records and operates their businesses on a cash basis.  As a result, amounts due or owed by the Debtors are unavailable.**

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                        $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                         _____

27. What is the number of employees as of the date of this monthly report?                            _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                     $ _____

31. How much have you paid in total other professional fees since filing the case?                   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                $ _____

36. Total projected cash disbursements for the next month:                                         − $ _____

37. Total projected net cash flow for the next month:                                              = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏  39.  Bank reconciliation reports for each account.

❏  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏  41.  Budget, projection, or forecast reports.

❏  42.  Project, job costing, or work-in-progress reports.

**Blank Label Group, Inc.**                                    Exhibit A
**23-10286 (JTD)**
**Period:  August 2023**

(2) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. Based on
the results of an auction  BL Custom LLC acquired all the assets of
the Debtors.  The sale closed on June 1, 2023.

(4) Upon the closing of the sale transaction  to BL Custom LLC,
employees were laid off by the Debtors and employed by the Buyer.
Accordingly the Debtors had no W-2 employees after the sale.   After
the closing of the sale, the Debtors continued paying benefits of
former employees and salaries for a non Debtor related entity.  The
Debtors will be reimbursed for these amounts incurred.

(6) Due to the lack of complete accounting records, the preparation of
the 2021 tax returns has been delayed.  The returns are expected to be
filed imminently.

**Blank Label Group, Inc.**                                    Exhibit B
**23-10286 (JTD)**
**Period:  August 2023**

Report includes all activity for the 3 related Debtors:  BlankLabel
Group, Inc. (23-10286 (JTD)), BlackLapel Custom Clothier, Inc.(23-
10287 (JTD))  and Ratio Clothing LLC (23-10288 (JTD))

(10)The Debtors DIP accounts were opened in May of 2023.
Pursuant to the authority of the Cash Management Order, Debtors
existing bank accounts remained open as transactions were
transitioned to the DIP accounts.

(11) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. Based on
the results of an auction the BL Custom LLC acquired all the assets
of the Debtors.  The sale closed on June 1, 2023.

Exhibit C

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Receipts**
**Period:  August 23**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| **BlueRidge 6418** | | | | | |
| 7/1/2023 | | Interest July 2023 | | 0.74 | Interest Income |
| Total BlueRidge 6418 | | | | 0.74 | |
| | | | | | |
| **Flagstar 1124 BlackLapel** | | | | | |
| 8/2/2023 | BRAINTREEFUNDING | ACH DEBIT | | (80.00) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (598.99) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (1,132.68) | Sales |
| total Flagstar 1124 BlackLapel | | | | (1,811.67) | |
| | | | | | |
| **Flagstar 1116 Blank Label** | | | | | |
| 8/2/2023 | BRAINTREEFUNDING | ACH DEBIT | | (405.00) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (121.44) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (208.97) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (246.94) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (877.75) | Sales |
| 8/10/2023 | BRAINTREEFUNDING | ACH DEBIT | | (85.00) | Sales |
| 8/11/2023 | BRAINTREEFUNDING | ACH DEBIT | | (95.00) | Sales |
| 8/17/2023 | BRAINTREEFUNDING | ACH DEBIT | | (95.00) | Sales |
| Total Flagstar 1116 Blank Label | | | | (2,135.10) | |
| | | | | | |
| **Flagstar 1108 Ratio Clothing** | | | | | |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (53.00) | Sales |
| 8/4/2023 | BRAINTREEFUNDING | ACH DEBIT | | (208.08) | Sales |
| 8/29/2023 | Signature Bank - Business Internet- C | ACH | From Mercury - 2750 | 7,250.00 | Transfer |
| Total Flagstar 1108 Ratio Clothing | | | | 6,988.92 | |

Exhibit  C

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| Total Receipts | | | | 3,042.89 | |
| Less Transfers | | | | (7,250.00) | |
| Total Receipts Less Transfers | | | | $ (4,207.11) | |

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Disbursements**
**Period: August 23**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| **Mercury - 2750** | | | | | |
| 8/3/2023 | Amazon Web Services | ACH | | (4.23) | Selling & Admin |
| 8/13/2023 | Adobe | ACH | | (58.43) | Selling & Admin |
| 8/17/2023 | Canva | ACH | | (12.95) | Selling & Admin |
| 8/22/2023 | HP Ink | ACH | | (28.30) | Selling & Admin |
| 8/24/2023 | Dropbox 5W3MX17QG3XL | ACH | | (76.50) | Selling & Admin |
| 8/29/2023 | Signature Bank - Business Internet- Checking 1108 | ACH | | (7,250.00) | Transfer |
| **Total Mercury - 2750** | | | | (7,430.41) | |
| | | | | | |
| **Flagstar 1116 Blank Label** | | | | | |
| 8/4/2023 | GUSTOFEE 936688 6SEM | ACH DEBIT | | (117.94) | Payroll |
| 8/7/2023 | MID ATLANTIC TRACH P | ACH DEBIT | | (555.41) | Selling & Admin |
| 8/9/2023 | GUSTOTAX 975241 6SEM | ACH DEBIT | | (4.00) | Payroll |
| 8/11/2023 | GUSTOTAX 064064 6SEM | ACH DEBIT | | (2,533.95) | Payroll |
| 8/11/2023 | GUSTONET 064063 6SEM | ACH DEBIT | | (4,729.22) | Payroll |
| 8/17/2023 | LT TRUSTEPAY    4 | ACH DEBIT | 401 K | (678.50) | Payroll |
| 8/23/2023 | MID ATLANTIC TRACH P | ACH DEBIT | | (501.66) | Selling & Admin |
| **Total Flagstar 1116 Blank Label** | | | | (9,120.68) | |
| | | | | | |
| **Debtors Attorney Trust Account** | | | | | |
| 8/7/2023 | Pashman Stein Walder Hayden | 12591 | | (108,361.69) | Professional Fees |
| 8/8/2023 | Pashman Stein Walder Hayden | 12599 | | (66,917.24) | Professional Fees |
| 8/10/2023 | Bambach Advisors | wire | Independent Director Fee | (9,102.50) | Professional Fees |
| 8/22/2023 | Lane Gerson | wire | Amount transferred in connection with the Jack Erwin settlement. The amount is net of payroll funding that was made by the Debtors on behalf of Jack Erwin employees. | (81,000.00) | Other |
| 8/24/2023 | HunterPoint LLC | wire | | (83,125.00) | Professional Fees |
| **Total Debtors Attorney Trust Account** | | | | (348,506.43) | |
| | | | | | |
| **Total Disbursements** | | | | (365,057.52) | |
| **Less Transfers** | | | | (7,250.00) | |
| **Total Receipts Less Transfers** | | | | $ (357,807.52) | |

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Period:  August 1 - August 31, 2023**

| | BlankLabel Group, Inc. | BlackLapel Custom Clothier, Inc. | BlankLabel Group, Inc. | Ratio Clothing LLC | BlackLapel Custom Clothier, Inc. | BlankLabel Group, Inc. | Ratio Clothing LLC | Debtors Counsel Trust Account | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **BlueRidge 6418** | **Mercury 8016** | **Mercury 8006** | **Mercury 2750** | **Flagstar 1124** | **Flagstar 1116** | **Flagstar 1108** | | | |
| | 177.31 | $ 0.01 | $ 233.24 | $ 7,568.79 | $ 2,248.81 | $ 179,086.22 | $ 4,126.32 | $ 1,005,291.00 | $ 1,198,731.70 | $ 683,506.16 |
| | | | | | | | | | | - |
| **CASH RECEIPTS** | | | | | | | | | | - |
| Cash Sales (3) | | | | | (1,811.67) | (2,135.10) | (261.08) | | (4,207.85) | 806,517.50 |
| Accounts Receivable | | | | | | | | | - | - |
| Loans and Advances | | | | | | | | | - | - |
| Amounts from Related Non Debtor Entities | | | | | | | | | - | 295,000.00 |
| Sale of Assets (4) | | | | | | | | | - | 1,250,000.00 |
| Interest Income | 0.74 | | | | | | | | 0.74 | 4,577.97 |
| Credits/Returns | | | | | | | | | - | 6,542.16 |
| Other | | | | | | | | | - | 42,000.01 |
| Transfers | | | | | | | 7,250.00 | | 7,250.00 | 883,000.53 |
| **TOTAL RECEIPTS** | 0.74 | - | - | - | (1,811.67) | (2,135.10) | 6,988.92 | - | 3,042.89 | 3,287,638.17 |
| | | | | | | | | | | - |
| **CASH DISBURSEMENTS** | | | | | | | | | | - |
| Net Payroll (4) | | | | | | 8,063.61 | | | 8,063.61 | 360,647.42 |
| Payroll Taxes | | | | | | | | | - | 20,013.50 |
| Sales, Use & Other Taxes | | | | | | | | | - | 24,274.14 |
| Secured Debt | | | | | | | | | - | 93,586.31 |
| Inventory Purchases | | | | | | | | | - | 416,504.61 |
| Transfers to BCSB (1) | | | | | | | | | - | 87,803.00 |
| Unidentified/Unauthorized  Payees (2) | | | | | | | | | - | 125,727.72 |
| Rent & Utilities | | | | | | | | | - | 5,735.24 |
| Insurance | | | | | | | | | - | 64,673.48 |
| Selling & Administrative Expense | | | | 180.41 | e | 1,057.07 | | | 1,237.48 | 338,809.06 |
| Other (see attached) (4) | | | | | | | | 81,000.00 | 81,000.00 | 101,000.00 |
| Owners Draw | | | | | | | | | - | |
| Expense Reimbursement | | | | | | | | | - | - |
| Taxes - Real Estate | | | | | | | | | - | 516.37 |
| Professional Fees (Legal, Accounting | | | | | | | | 267,506.43 | 267,506.43 | 611,985.88 |
| Bank and Credit Card Fees | | | | | | | | | - | 150.00 |
| Transfers | | | | 7,250.00 | | | | | 7,250.00 | 883,000.53 |
| **TOTALDISBURSEMENTS** | - | - | - | 7,430.41 | - | 9,120.68 | - | 348,506.43 | 365,057.52 | 3,134,427.26 |
| | | | | | | | | | | |
| **CASH - End of Month** | $ 178.05 | $ 0.01 | $ 233.24 | $ 138.38 | $ 437.14 | $ 167,830.44 | $ 11,115.24 | $ 656,784.57 | $ 836,717.07 | $ 836,717.07 |

(1)  Represents amounts transferred to an account  held at Bristol County Savings Bank which the CRO has no control ove

(2)  Represents disbursements to unidentified and/or unauthorized Payees

(3)  Upon the closing of the asset sale, the buyer was unable to finalize a credit card clearing service.  As a result, amounts were collected through the Debtors system and net amounts due to buyer were transmitted to the buyer.

(4)  Amount transferred in connection with the Jack Erwin settlement.  The amount is net of payroll funding that was made by the Debtors on behalf of Jack Erwin employees.



# Blank Label Group INC

Account
**87XXXX6418**

**Address**
36 Bromfield Street
Boston, MA, 02108
US

**Blue Ridge Bank**
17 West Main Street
Luray, VA, 22835
US

## Statement Summary

| DATE | DESCRIPTION | WITHDRAWALS / DEBIT | DEPOSITS / CREDIT | BALANCE |
|------|-------------|---------------------|-------------------|---------|
| Aug 01 | **Opening Balance** | | | **177.31** |
| Aug 01 | Interest July 2023 | | 0.74 | 178.05 |
| Aug 31 | **Closing Balance** | | | **178.05** |

## Fees Summary

| TYPE | TOTAL FOR THIS PERIOD |
|------|-----------------------|
| Fees | 0.00 |

# Interest

| TYPE | TOTAL FOR THIS PERIOD |
| --- | --- |
| Interest Accrued This Period | 0.77 |
| Days In Period | 31 |
| Annual Percentage Yield Earned | 5.21% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transactions, call (602) 671-6704 or send an email at support@capital.xyz if you think your statement or receipt is wrong or if you need more information about a transaction listed in the statement or receipt.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

You will need to provide us:

  a. Your name, account number and/or 16-digit Card number
  b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
  c. Include the dollar amount of the suspected error.

If you provide this information verbally, we may require that you send your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty- five (45) days to investigate your complaint or question. If we decide to do this, we will credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes to complete the investigation. If we ask you to put your complaint or question in writing and you do not provide it within ten (10) business days, we may not credit your Account.

For errors involving a new Account, POS transactions or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your Account for the amount you think is in error. We will notify you with the results within three (3) business days after completing the investigation. If we decide that there was no error, we will send you a written explanation. You may request copies of the documentation used in the investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is incorrect, or if you need more information about a transaction on your statement, notify us immediately.

We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but doing so will not preserve your rights.

You will need to provide us:

   a. Your name, account number and/or 16-digit Card number
   b. Describe the error of the transfer you are unsure about and explain in detail why you believe there is an error or why you need more information.
   c. Include the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the amounts of your bill that are not in question. While we investigate your inquiry we cannot report you as delinquent or take any action to collect the amount in question.

 **MERCURY**

**August 2023 statement**
August 1–August 31, 2023 (31 days)
All dates in UTC.

# BLACKLAPEL CUSTOM CLOTHIERS INC

36 Bromfield Street, Ste 203
Boston, MA 02108

EIN ••3725

## Account details

| | |
|---|---|
| Checking account | ████ 8016 |
| Routing number | 084106768 |

## Account activity overview

| | |
|---|---|
| Beginning balance | $0.01 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$0.01** |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$0.01** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

**August 2023 statement**
August 1–August 31, 2023 (31 days)
All dates in UTC.

## Blank Label Group, Inc

36 Bromfield Street, STE 200
Boston, MA 02108

EIN ••6183

### Account details

| | |
|---|---|
| Checking account | 8006 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $233.24 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$233.24** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | **$233.24** | |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

**August 2023 statement**
August 1–August 31, 2023 (31 days)
All dates in UTC.

## Ratio Clothing, LLC

36 Bromfield Street, STE 204
Boston, MA 02108

EIN ••8330

### Account details

| | |
|---|---|
| Checking account | ██████ 2750 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $7,568.79 |
| Total withdrawals | −$7,430.41 |
| Total deposits | $0.00 |
| **Statement Balance** | **$138.38** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Aug 03 | Amazon Web Services | ▭ ••0430 | −$4.23 | $7,564.56 |
| Aug 13 | Adobe | ▭ ••0430 | −$58.43 | $7,506.13 |
| Aug 17 | Canva | ▭ ••0430 | −$12.95 | $7,493.18 |
| Aug 22 | HP Ink | ▭ ••0430 | −$28.30 | $7,464.88 |
| Aug 24 | Dropbox 5W3MX17QG3XL | ▭ ••0430 | −$76.50 | $7,388.38 |
| Aug 29 | Signature Bank - Business Internet Banking - Checking ••1108 | → Transfer Out | −$7,250.00 | $138.38 |
| **Total** | | | | **$138.38** |

# Flagstar
## Bank, N.A.

```
                                              Statement Period
                                       From August    01, 2023
                                       To   August    31, 2023
                                       Page     1 of     2

                                       PRIVATE CLIENT GROUP 161
                                       1400 BROADWAY, 26TH FLOOR
                                       NEW YORK, NY 10018
```

```
     BLACKLAPEL CUSTOM CLOTHIERS INC DIP      8-161
     CASE# 23 10287
     C/O HUNTERPOINT LLC
     641 LEXINGTON AVENUE, 13TH FLOOR
     NEW YORK NY  10022              999          See Back for Important Information
```

Primary Account: ████1124          0

```
     BEGINNING AUGUST 9TH, SIGNATURE INTERNET BANKING WILL BECOME
     FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING. LOG IN AT
     FLAGSTAR.COM/COMMERCIAL-PRIVATE AND YOU WILL BE ABLE TO
     USE THE SAME LOGIN CREDENTIALS THAT YOU HAVE BEEN USING
     FOR SIGNATURE INTERNET BANKING.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1504801124    BANKRUPTCY CHECKING | 2,248.81 | 437.14 |
| | | |
| RELATIONSHIP        TOTAL | | 437.14 |

**Flagstar**® 
**Bank**, N.A.

Statement Period
From August    01, 2023
To   August    31, 2023
Page    2 of    2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

BLACKLAPEL CUSTOM CLOTHIERS INC DIP    8-161
CASE# 23 10287
C/O HUNTERPOINT LLC
641 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK NY  10022              999          See Back for Important Information

Primary Account: ▓▓▓▓1124          0

BANKRUPTCY CHECKING        1504801124

Summary

  Previous Balance as of August    01, 2023                                    2,248.81
        3 Debits                                                               1,811.67
  Ending Balance as of   August    31, 2023                                      437.14

Withdrawals and Other Debits
  Aug 02  AUTOMATED PAYMENT      ck/ref no.    2605640                             80.00
          BRAINTREE          FUNDING        7BVTV8
  Aug 04  AUTOMATED PAYMENT      ck/ref no.    2947486                            598.99
          BRAINTREE          FUNDING        JXMFTP
  Aug 04  AUTOMATED PAYMENT      ck/ref no.    2947467                          1,132.68
          BRAINTREE          FUNDING        2STJXJ

Daily Balances
  Jul 31        2,248.81                Aug 04        437.14
  Aug 02        2,168.81

**Flagstar® Bank, N.A.**

Statement Period
From August    01, 2023
To   August    31, 2023
Page     1 of     3

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

BLANK LABEL GROUP INC DIP          8-161
CASE# 23 10286
C/O HUNTERPOINT LLC
641 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK NY  10022          999          See Back for Important Information

Primary Account:████████1116          0

BEGINNING AUGUST 9TH, SIGNATURE INTERNET BANKING WILL BECOME
FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING. LOG IN AT
FLAGSTAR.COM/COMMERCIAL-PRIVATE AND YOU WILL BE ABLE TO
USE THE SAME LOGIN CREDENTIALS THAT YOU HAVE BEEN USING
FOR SIGNATURE INTERNET BANKING.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1504801116    BANKRUPTCY CHECKING | 179,086.22 | 167,830.44 |
| RELATIONSHIP          TOTAL | | 167,830.44 |

```
                                              Statement Period
                                          From August    01, 2023
                                          To    August   31, 2023
                                          Page     2 of     3

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018


          BLANK LABEL GROUP INC DIP           8-161
          CASE# 23 10286
          C/O HUNTERPOINT LLC
          641 LEXINGTON AVENUE, 13TH FLOOR
          NEW YORK NY  10022           999        See Back for Important Information


                                      Primary Account: ████1116        0


   BANKRUPTCY CHECKING       1504801116



   Summary

     Previous Balance as of August    01, 2023                      179,086.22
          15 Debits                                                  11,255.78
     Ending Balance as of    August    31, 2023                     167,830.44


   Withdrawals and Other Debits
     Aug 02  AUTOMATED PAYMENT     ck/ref no.   2605635                 405.00
             BRAINTREE       FUNDING       2BB9WY
     Aug 04  AUTOMATED PAYMENT     ck/ref no.   2965671                 117.94
             GUSTO          FEE 936688    6SEMJURPPAP
     Aug 04  AUTOMATED PAYMENT     ck/ref no.   2947447                 121.44
             BRAINTREE       FUNDING       D8XFKT
     Aug 04  AUTOMATED PAYMENT     ck/ref no.   2947505                 208.97
             BRAINTREE       FUNDING       8CRCJP
     Aug 04  AUTOMATED PAYMENT     ck/ref no.   2947477                 246.94
             BRAINTREE       FUNDING       C2PCQ8
     Aug 04  AUTOMATED PAYMENT     ck/ref no.   2947509                 877.75
             BRAINTREE       FUNDING       75H9P4
     Aug 07  AUTOMATED PAYMENT     ck/ref no.   3096685                 555.41
             MID ATLANTIC TR   ACH PULLS    MA000054
     Aug 09  ACH                   ck/ref no.   3323986                   4.00
             GUSTO          TAX 975241    6SEMJUSFS7V
     Aug 10  AUTOMATED PAYMENT     ck/ref no.   3539820                  85.00
             BRAINTREE       FUNDING       2Q9BGY
     Aug 11  AUTOMATED PAYMENT     ck/ref no.   3711484                  95.00
             BRAINTREE       FUNDING       BKZQ8P
     Aug 11  AUTOMATED PAYMENT     ck/ref no.   3730655               2,533.95
             GUSTO          TAX 064064    6SEMJUSRRJU
     Aug 11  AUTOMATED PAYMENT     ck/ref no.   3730666               4,729.22
             GUSTO          NET 064063    6SEMJUSRRJT
     Aug 17  ACH                   ck/ref no.   4122931                 678.50
             LT TRUST        EPAY         4USBLANKLBL
```

```
                                        Statement Period
                                   From August    01, 2023
                                   To   August    31, 2023
                                   Page      3 of      3

                                   PRIVATE CLIENT GROUP 161
                                   1400 BROADWAY, 26TH FLOOR
                                   NEW YORK, NY 10018
```

```
        BLANK LABEL GROUP INC DIP              8-161
        CASE# 23 10286
        C/O HUNTERPOINT LLC
        641 LEXINGTON AVENUE, 13TH FLOOR
        NEW YORK NY  10022              999        See Back for Important Information
```

```
                                        Primary Account: ████1116           0
```

| Date | Description | | ck/ref no. | | Amount |
|------|-------------|---|------------|---|-------:|
| Aug 17 | AUTOMATED PAYMENT | ck/ref no. | 4220180 | | 95.00 |
| | BRAINTREE | FUNDING | GRB2DP | | |
| Aug 23 | ACH | ck/ref no. | 4594760 | | 501.66 |
| | MID ATLANTIC TR | ACH PULLS | MA000054 | | |

Daily Balances

| Date | Balance | Date | Balance |
|------|--------:|------|--------:|
| Jul 31 | 179,086.22 | Aug 10 | 176,463.77 |
| Aug 02 | 178,681.22 | Aug 11 | 169,105.60 |
| Aug 04 | 177,108.18 | Aug 17 | 168,332.10 |
| Aug 07 | 176,552.77 | Aug 23 | 167,830.44 |
| Aug 09 | 176,548.77 | | |

```
                                        Statement Period
                                 From August    01, 2023
                                 To    August   31, 2023
                                 Page     1 of      2

                                 PRIVATE CLIENT GROUP 161
                                 1400 BROADWAY, 26TH FLOOR
                                 NEW YORK, NY 10018


        RATIO CLOTHING LLC DIP                8-161
        CASE# 23 10288
        C/O HUNTERPOINT LLC
        641 LEXINGTON AVENUE, 13TH FLOOR
        NEW YORK NY  10022              999          See Back for Important Information


                                          Primary Account: ████1108          0

        BEGINNING AUGUST 9TH, SIGNATURE INTERNET BANKING WILL BECOME
        FLAGSTAR COMMERCIAL & PRIVATE INTERNET BANKING. LOG IN AT
        FLAGSTAR.COM/COMMERCIAL-PRIVATE AND YOU WILL BE ABLE TO
        USE THE SAME LOGIN CREDENTIALS THAT YOU HAVE BEEN USING
        FOR SIGNATURE INTERNET BANKING.
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | |
| 1504801108    BANKRUPTCY CHECKING | 4,126.32 | 11,115.24 |
| RELATIONSHIP    TOTAL | | 11,115.24 |

```
                                    Statement Period
                                    From August   01, 2023
                                    To   August   31, 2023
                                    Page    2 of    2

                                    PRIVATE CLIENT GROUP 161
                                    1400 BROADWAY, 26TH FLOOR
                                    NEW YORK, NY 10018
```

```
        RATIO CLOTHING LLC DIP              8-161
        CASE# 23 10288
        C/O HUNTERPOINT LLC
        641 LEXINGTON AVENUE, 13TH FLOOR
        NEW YORK NY  10022            999         See Back for Important Information


                                    Primary Account: ████1108          0
```

BANKRUPTCY CHECKING          1504801108


Summary

```
  Previous Balance as of August   01, 2023                              4,126.32
            1 Credits                                                   7,250.00
            2 Debits                                                      261.08
  Ending Balance as of   August   31, 2023                             11,115.24
```

Deposits and Other Credits
```
  Aug 30  ACH                  ck/ref no.   5300086                     7,250.00
          MERCURY         CREDIT
          64EE1998F519781EC0D72143/
```

Withdrawals and Other Debits
```
  Aug 04  AUTOMATED PAYMENT     ck/ref no.   2947443                       53.00
          BRAINTREE       FUNDING       FWYRT4
  Aug 04  AUTOMATED PAYMENT     ck/ref no.   2947456                      208.08
          BRAINTREE       FUNDING       4623Q8
```

Daily Balances
```
  Jul 31      4,126.32                Aug 30      11,115.24
  Aug 04      3,865.24
```

Debtors Counsel Trust Account



| ID | Date | Type | Bank Account | Client | Matter | Check | Payment Type | Payee | Payor | Amount | Balance | Cleared |
|----|------|------|--------------|--------|--------|-------|--------------|-------|-------|--------|---------|---------|
| 14827 | 08/24/2023 | Check | PGB 7436 Trust | 30997 | 002 | Wire | Wire | HunterPoint LLC | | ($83,125.00) | $656,784.57 | Cleared |
| 14786 | 08/22/2023 | Check | PGB 7436 Trust | 30997 | 002 | Wire | Wire | Lane Gerson | | ($81,000.00) | $739,909.57 | Cleared |
| 14738 | 08/10/2023 | Check | PGB 7436 Trust | 30997 | 002 | Wire | Wire | Bambach Adviso | | ($9,102.50) | $820,909.57 | Cleared |
| 14727 | 08/08/2023 | Check | PGB 7436 Trust | 30997 | 002 | 12599 | Check | Pashman Stein | | ($66,917.24) | $830,012.07 | Cleared |
| 14694 | 08/07/2023 | Check | PGB 7436 Trust | 30997 | 002 | 12591 | Check | Pashman Stein | | ($108,361.69) | $896,929.31 | Cleared |