# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLANK LABEL GROUP, INC. *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10286 (JTD)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 269 & 285** |
| In re:<br><br>BLACK LAPEL CUSTOMER CLOTHIERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SETTLE FUNDING, LLC,<br><br>Defendant. | Adv. Pro. No. 23-50412 (JTD)<br><br>**Objection Deadline: November 2, 2023 at 4:00 PM (ET)**<br>**Hearing Date: November 9, 2023 at 1:00 p.m. (ET)** |

## SETTLE FUNDING, LLC'S JOINDER TO DEBTORS' REPLY IN SUPPORT OF THE RULE 9019 MOTION REGARDING THEIR SETTLEMENT AGREEMENT

Secured creditor Settle Funding, LLC, as servicer (with its affiliates, predecessors, successors, and assigns, individually and collectively, "Settle"), by and through its undersigned counsel, hereby joins the above-captioned debtors' (the "Debtors") *Reply* [Docket No. 289] to H.M. Cole, LLC's ("Buyer") *Objection of H.M. Cole, LLC to Debtors' Motion Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement Agreement By and Among the Debtors and Settle Funding, LLC and (II) Granting Related Relief* [Docket No. 285] (the "Objection") and, in support of the *Debtors' Motion*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Broomfield Street, 203, Boston, MA 02108.

*Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 for Entry of an Order (I) Approving the Settlement Agreement By and Among the Debtors and Settle Funding, LLC and (II) Granting Related Relief* [Docket No. 269] (the "<u>Motion</u>").[2] Additionally, Settle incorporates by reference its *Response Joining Debtors' Objection to Motion of H.M. Cole, LLC for Payment of $100,000 Transition Management Fee Filed by Settle Funding, LLC* [Docket No. 276] and the relevant arguments set forth therein.

WHEREFORE, Settle joins on the Debtors' Reply to the Objection and respectfully requests that the Court enter an order granting the Motion.

Dated: November 8, 2023

BRYAN CAVE LEIGHTON PAISNER LLP

*/s/ Jarret P. Hichings*
Jarret P. Hitchings, Esq. (DE 5564)
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749 8965
jarret.hitchings@bclplaw.com

-and-

Scott H. Olson, Esq. (California SBN 249956)
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
(415) 675-3481
scott.olson@bclplaw.com

*Counsel for Settle Funding, LLC*

---

[2] Capitalized terms not otherwise defined herein are intended to have the meaning set forth in the Motion or the Reply.


## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2023, a true and correct copy of the foregoing pleading was served electronically via CM/ECF and by placing in the United States Mail, postage pre-paid, addressed to the following:

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

Joseph Barsalona II, Esq.
Pashman Stein Walder Hayden, P.C.
1007 N. Orange Street, 4th Floor #183
Wilmington, Delaware 19801

*Counsel to the Debtor*

Jami B Nimeroff
Brown McGarry Nimeroff LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801

*Subchapter V Trustee*

Office of the United States Trustee
Attn: Jane M. Leamy, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*United States Trustee*

                                          */s/ Jarret P. Hitchings*
                                          Jarret P. Hitchings (DE 5564)