# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLACK LABEL GROUP, INC., *et al.*, | Case No. 23-10286 (JTD) |
| Debtors.¹ | Jointly Administered |
| | **Re. D.I. 258, 272, 276 & 290** |

### ORDER DENYING MOTION OF H.M. COLE, LLC FOR PAYMENT OF $100,000 TRANSITION MANAGEMENT FEE

Upon consideration of the *Motion of H.M. Cole, LLC for Payment of $100,000 Transition Management Fee* [D.I. 258], dated October 10, 2023 (the "Motion"), the *Debtor's Objection to Motion of H.M. Cole, LLC for Payment of $100,000 Transition Management Fee* [D.I. 272], dated October 24, 2023, the *Settle Funding, LLC's Joinder to Debtor's Objection to Motion of H.M. Cole, LLC for Payment of $100,000 Transition Management Fee* [D.I. 276], dated October 27, 2023, the *Reply in Support of the Motion of H.M. Cole, LLC for Payment of $100,000 Transition Management Fee* [D.I. 290], dated November 6, 2023, and considering the arguments of counsel made at the hearing on the Motion, the Court has determined that the Motion should be denied. Therefore, after due deliberation, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **DENIED**.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

2.  This Court retains jurisdiction with respect to all matters related to the implementation, interpretation, and enforcement of this Order.

Dated: November 13th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

2283070.1:006353:00004