# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLANK LABEL GROUP, INC., *et al.*,[1] | ) | Case No. 23-10286 (JTD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: November 29, 2023 at 4:00 p.m.** |
| | ) | **Hearing Date: December 6, 2023 at 2:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 15, 2023, H.M. Cole, LLC, filed its *Motion of H.M. Cole, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be filed on or before **November 29, 2023 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, will be held before the Honorable John T. Dorsey at the Bankruptcy Court, 5th Floor, Courtroom 5, on **December 6, 2023 at 2:00 p.m.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 203, Boston, MA 02108.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  November 15, 2023       SULLIVAN • HAZELTINE • ALLINSON LLC
         Wilmington, Delaware

         */s/ William D. Sullivan*
         William D. Sullivan (No. 2820)
         William A. Hazeltine (No. 3294)
         919 North Market Street, Suite 420
         Wilmington, DE  19801
         Tel:  (302) 428-8191
         Fax:  (302) 428-8195
         Email: bsullivan@sha-llc.com
                  whazeltine@sha-llc.com

         *Attorneys for H.M. Cole, LLC*