**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 23-10286 (JTD) |
| BLANK LABEL GROUP, INC., *et al.*, [1] | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | **Related Docket No. ____** |

**ORDER GRANTING MOTION OF H.M. COLE, LLC FOR ALLOWANCE**
**AND PAYMENT OF ADMINISTRATIVE EXPENSE**
**CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon consideration of the *Motion of H.M. Cole, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Motion"); [2] and it appearing that notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; it is hereby

**FOUND AND DETERMINED THAT:**

A.    The Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

B.    This Court has authority to enter a final order in this matter consistent with Article III of the United States Constitution.

C.    HM Cole has established that its claim against the Debtors for payment of $100,000 for the Fan Bi Transition Management Fee arises out of a transaction between HM Cole and the Debtors' estate post-petition, and the consideration supporting the HM Cole's right to the payment was supplied to and benefited the Debtors' estates.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 203, Boston, MA 02108.
[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

**IT IS THEREFORE ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      HM Cole shall be, and hereby is, granted an allowed administrative expense claim against the Debtors in the amount of $100,000 pursuant to 11 U.S.C. 503(b)(1)(A).

3.      The Debtors shall pay to HM Cole $100,000 on account of its allowed administrative expense claim on the earlier of (i) the effective date of the Plan and (ii) the entry of a further order directing the Debtors to pay to HM Cole 100,000 on account of its allowed administrative expense claim.

4.      This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.