## **CERTIFICATE OF SERVICE**

  I, William D. Sullivan, hereby certify that on the 15th day of November 2023, a copy of the foregoing *Motion of H.M. Cole, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*

| | |
|---|---|
| Joseph C. Barsalona II, Esq. | Richard C. Solow, Esq. |
| Richard C. Solow, Esq. | The Woolworth Building |
| Pashman Stein Walder Hayden, P.C. | 233 Broadway, Suite 820 |
| 1007 North Orange Street, 4th Floor, Suite #183 | New York, NY 10279 |
| Wilmington, DE 19801-1242 | rsolow@pashmanstein.com |
| jbarsalona@pashmanstein.com | |

*The U.S. Trustee:*               *The Subchapter V Trustee:*

| | |
|---|---|
| Jane M. Leamy, Esq. | Jami Nimeroff, Esq. |
| Office of the United States Trustee | Brown McGarry Nimeroff LLC |
| 844 N. King Street, Suite 2207 | 919 N. Market Street, Suite 420 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| jane.m.leamy@usdoj.gov | jnimeroff@bmnlawyers.com |

*Counsel for Settle Funding, LLC:*

| | |
|---|---|
| Jarret P. Hitchings, Esq. | Scott H. Olson, Esq. |
| Bryan Cave Leighton Paisner LLP | Bryan Cave Leighton Paisner LLP |
| One Wells Fargo Center | Three Embarcadero Center, 7th Floor |
| 301 S. College Street, Suite 2150 | San Francisco, CA 94111 |
| Charlotte, NC 28202 | scott.olson@bclplaw.com |
| jarret.hitchings@bclplaw.com | |

*Counsel to West Town Bank & Trust:*

Garvan F. McDaniel, Esq.
HOGAN♦MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

| | |
|---|---|
| November 15, 2023 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |