**Fill in this information to identify the case:**

Debtor Name  _____

United States Bankruptcy Court for the: _____ District of _____

Case number:  _____

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  _____

Date report filed:  _____
MM / DD / YYYY

Line of business: _____

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  _____

Original signature of responsible party  _____

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                    ❑       ❑       ❑

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑       ❑       ❑

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**                                                        $ _____

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections
   on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.                                             $ _____

21.  **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.                                          – $ _____

22.  **Net cash flow**                                                               + $ _____

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**                                         = $ _____

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                                $ _____

   *(Exhibit E)*

**The Debtors maintain their books and records and operates their businesses on a cash
basis.  As a result, amounts due or owed by the Debtors are unavailable.**

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                       $ _____

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____

27. What is the number of employees as of the date of this monthly report?                          _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                                  $ _____

31. How much have you paid in total other professional fees since filing the case?                 $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                               $ _____

36. Total projected cash disbursements for the next month:                                        − $ _____

37. Total projected net cash flow for the next month:                                             = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Blank Label Group, Inc.**                                   Exhibit A
**23-10286 (JTD)**
**Period:  October 2023**

(2) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. Based on
the results of an auction  BL Custom LLC acquired all the assets of
the Debtors.  The sale closed on June 1, 2023.

(4) Upon the closing of the sale transaction  to BL Custom LLC,
employees were laid off by the Debtors and employed by the Buyer.
Accordingly the Debtors had no W-2 employees after the sale.   After
the closing of the sale, the Debtors continued paying benefits of
former employees and salaries for a non Debtor related entity.  The
Debtors will be reimbursed for these amounts incurred.

(6) Due to the lack of complete accounting records, the preparation of
the 2021 tax returns has been delayed.  The returns are expected to be
filed imminently.

**Blank Label Group, Inc.**                                    Exhibit B
**23-10286 (JTD)**
**Period:  October 2023**

Report includes all activity for the 3 related Debtors:  BlankLabel
Group, Inc. (23-10286 (JTD)), BlackLapel Custom Clothier, Inc.(23-
10287 (JTD))  and Ratio Clothing LLC (23-10288 (JTD))

(10)The Debtors DIP accounts were opened in May of 2023.
Pursuant to the authority of the Cash Management Order, Debtors
existing bank accounts remained open as transactions were
transitioned to the DIP accounts.

(11) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. Based on
the results of an auction the BL Custom LLC acquired all the assets
of the Debtors.  The sale closed on June 1, 2023.

Exhibit C

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Receipts**
**Period: October 23**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| | | | | | |
| **Flagstar 1124 BlackLapel** | | | | | |
| 10/6/2023 | BRAINTREEFUNDING | ACH CREDIT ADJ | | 2.95 | Sales |
| 10/6/2023 | BRAINTREEFUNDING | ACH CREDIT ADJ | | 120.05 | Sales |
| Total Flagstar 1124 BlackLapel | | | | 123.00 | |
| | | | | | |
| **Flagstar 1116 Blank Label** | | | | | |
| 10/6/2023 | BRAINTREEFUNDING | ACH CREDIT ADJ | | 0.01 | Sales |
| 10/6/2023 | BRAINTREEFUNDING | ACH CREDIT ADJ | | 3.65 | Sales |
| 10/10/2023 | GUSTO PAYROLLTAX 458 | ACH DEPOSIT | | 4.00 | Credit/Returns |
| 10/10/2023 | GUSTO PAYROLLTAX 470 | ACH DEPOSIT | | 4.00 | Credit/Returns |
| Total Flagstar 1116 Blank Label | | | | 11.66 | |
| | | | | | |
| Total Receipts | | | | 134.66 | |
| Less Transfers | | | | | |
| Total Receipts Less Transfers | | | | $  134.66 | |

Exhibit D

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Disbursements**
**Period:  Oct 23**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| BlueRidge 6418 | | ← | | | |
| 10/1/2023 | | | This account was closed by the Bank. The balance on the account was remitted to the Debtors by check.  To date the check has not been received. | (178.82) | other |
| Total BlueRidge 6418 | | | | (178.82) | |
| | | | | | |
| Mercury - 2750 | | | | | |
| 10/3/2023 | Amazon Web Services | ACH | | (4.42) | Selling & Admin |
| Total Mercury - 2750 | | | | (4.42) | |
| | | | | | |
| Flagstar 1116 Blank Label | | | | | |
| 10/27/2023 | HunterPoint LLC | OUTGOING WIRE | | (26,250.00) | Professional Fees |
| Total Flagstar 1116 Blank Label | | | | (26,250.00) | |
| | | | | | |
| Total Disbursements | | | | (26,433.24) | |
| Less Transfers | | | | | |
| Total Receipts Less Transfers | | | | $ (26,433.24) | |

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Period:  October 1 - October 31, 2023**

| | BlankLabel Group, Inc. | BlackLapel Custom Clothier, Inc. | BlankLabel Group, Inc. | Ratio Clothing LLC | BlackLapel Custom Clothier, Inc. | BlankLabel Group, Inc. | Ratio Clothing LLC | Debtors Counsel Trust Account | Total | Cumulative Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **BlueRidge 6418 (5)** | **Mercury 8016** | **Mercury 8006** | **Mercury 2750** | **Flagstar 1124** | **Flagstar 1116** | **Flagstar 1108** | | | |
| | **178.82** | **$  0.01** | **$  233.24** | **$  35.50** | **$  437.14** | **$ 140,306.73** | **$  10,432.74** | **$  562,784.57** | **$  714,408.75** | **$  683,506.16** |
| **CASH RECEIPTS** | | | | | | | | | | - |
| Cash Sales (3) | | | | | 123.00 | 3.66 | | | 126.66 | 806,698.89 |
| Accounts Receivable | | | | | | | | | - | - |
| Loans and Advances | | | | | | | | | - | - |
| Amounts from Related Non Debtor Entities | | | | | | | | | - | 295,000.00 |
| Sale of Assets (4) | | | | | | | | | - | 1,200,000.00 |
| Interest Income | | | | | | | | | - | 4,578.74 |
| Credits/Returns | | | | | | 8.00 | | | 8.00 | 7,043.66 |
| Other | | | | | | | | | - | 42,000.01 |
| Transfers | | | | | | | | | - | 883,000.53 |
| **TOTAL RECEIPTS** | **-** | **-** | **-** | **-** | **123.00** | **11.66** | **-** | **-** | **134.66** | **3,238,321.83** |
| | | | | | | | | | | - |
| **CASH DISBURSEMENTS** | | | | | | | | | | - |
| Net Payroll (4) | | | | | | | | | - | 361,224.61 |
| Payroll Taxes | | | | | | | | | - | 20,013.50 |
| Sales, Use & Other Taxes | | | | | | | | | - | 24,274.14 |
| Secured Debt | | | | | | | | | - | 93,586.31 |
| Inventory Purchases | | | | | | | | | - | 416,504.61 |
| Transfers to BCSB (1) | | | | | | | | | - | 87,803.00 |
| Unidentified/Unauthorized Payees (2 | | | | | | | | | - | 125,727.72 |
| Rent & Utilities | | | | | | | | | - | 5,735.24 |
| Insurance | | | | | | | | | - | 64,673.48 |
| Selling & Administrative Expense | | | | 4.42 | | | | | 4.42 | 338,916.36 |
| Other (see attached) | 178.82 | | | | | | | | 178.82 | 101,178.82 |
| Owners Draw | | | | | | | | | - | - |
| Expense Reimbursement | | | | | | | | | - | - |
| Taxes - Real Estate | | | | | | | | | - | 516.37 |
| Professional Fees (Legal, Accounting | | | | | | 26,250.00 | | | 26,250.00 | 710,413.13 |
| Bank and Credit Card Fees | | | | | | | | | - | 150.00 |
| Transfers | | | | | | | | | - | 883,000.53 |
| **TOTAL DISBURSEMENTS** | **178.82** | **-** | **-** | **4.42** | **-** | **26,250.00** | **-** | **-** | **26,433.24** | **3,233,717.82** |
| | | | | | | | | | | |
| **CASH - End of Month** | **-** | **$  0.01** | **$  233.24** | **$  31.08** | **$  560.14** | **$ 114,068.39** | **$  10,432.74** | **$  562,784.57** | **$  688,110.17** | **$  688,110.17** |

(1)  Represents amounts transferred to an account  held at Bristol County Savings Bank which the CRO has no control over.

(2)  Represents disbursements to unidentified and/or unauthorized Payees

(3)  Upon the closing of the asset sale, the buyer was unable to finalize a credit card clearing service.  As a result, amounts were collected through the Debtors system and net amounts due to buyer were transmitted to the buyer.

(4)  Partial release of Transition Managment Fee Escrow funds to BL Custom LLC that were approved by the Court on September 26, 2023.

(5)  October 2023 statement showing a zero balance was not available.

 **MERCURY**

**October 2023 statement**
October 1–October 31, 2023 (31 days)
All dates in UTC.

# BLACKLAPEL CUSTOM CLOTHIERS INC

36 Bromfield Street, Ste 203
Boston, MA 02108

EIN ••3725

## Account details

| | |
|---|---|
| Checking account | ██████ 8016 |
| Routing number | 084106768 |

## Account activity overview

| | |
|---|---|
| Beginning balance | $0.01 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$0.01** |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|------------|-------------|----------|--------|--------------------|
| **Total** | | | | **$0.01** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

**October 2023 statement**
October 1–October 31, 2023 (31 days)
All dates in UTC.

## Blank Label Group, Inc

36 Bromfield Street, STE 200
Boston, MA 02108

EIN ••6183

### Account details

| | |
|---|---|
| Checking account | ████ 8006 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $233.24 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$233.24** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
| --- | --- | --- | --- | --- |
| **Total** | | | **$233.24** | |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

**October 2023 statement**
October 1–October 31, 2023 (31 days)
All dates in UTC.

## Ratio Clothing, LLC

36 Bromfield Street, STE 204
Boston, MA 02108

EIN ••8330

### Account details

| | |
|---|---|
| Checking account | ████ 2750 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $35.50 |
| Total withdrawals | −$4.42 |
| Total deposits | $0.00 |
| **Statement Balance** | **$31.08** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Oct 03 | Amazon Web Services | ••0430 | −$4.42 | $31.08 |
| **Total** | | | | **$31.08** |

```
                                              Statement Period
                                          From October   01, 2023
                                          To   October   31, 2023
                                          Page     1 of     2

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018
```

```
BLACKLAPEL CUSTOM CLOTHIERS INC DIP      8-161
CASE# 23 10287
C/O HUNTERPOINT LLC
641 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK NY  10022              999            See Back for Important Information
```

Primary Account: ███1124        0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504801124      BANKRUPTCY CHECKING | | 437.14 | 560.14 |
| | | | |
| RELATIONSHIP        TOTAL | | | 560.14 |

**Flagstar Bank, N.A.**

```
                                            Statement Period
                                        From October   01, 2023
                                        To   October   31, 2023
                                        Page    2 of    2

                                        PRIVATE CLIENT GROUP 161
                                        1400 BROADWAY, 26TH FLOOR
                                        NEW YORK, NY 10018
```

```
            BLACKLAPEL CUSTOM CLOTHIERS INC DIP     8-161
            CASE# 23 10287
            C/O HUNTERPOINT LLC
            641 LEXINGTON AVENUE, 13TH FLOOR
            NEW YORK NY  10022              999        See Back for Important Information
```

                                        Primary Account: ███████1124        0

BANKRUPTCY CHECKING         1504801124

Summary

```
  Previous Balance as of October   01, 2023                              437.14
          2 Credits                                                      123.00
  Ending Balance as of    October   31, 2023                             560.14
```

Deposits and Other Credits
```
  Oct 06  ACH                 ck/ref no.   9078456                          2.95
          BRAINTREE           FUNDING      5RYRBD
  Oct 06  ACH                 ck/ref no.   9078493                        120.05
          BRAINTREE           FUNDING      FKBWDP
```

Daily Balances
```
  Sep 30          437.14                 Oct 06        560.14
```

```
                                                    Statement Period
                                           From October   01, 2023
                                           To   October   31, 2023
                                           Page    1 of     2

                                           PRIVATE CLIENT GROUP 161
                                           1400 BROADWAY, 26TH FLOOR
                                           NEW YORK, NY 10018
```

```
         BLANK LABEL GROUP INC DIP               8-161
         CASE# 23 10286
         C/O HUNTERPOINT LLC
         641 LEXINGTON AVENUE, 13TH FLOOR
         NEW YORK NY  10022              999            See Back for Important Information
```

Primary Account: ███01116        0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504801116      BANKRUPTCY CHECKING | | 140,306.73 | 114,068.39 |
| RELATIONSHIP           TOTAL | | | 114,068.39 |

```
                                              Statement Period
                                         From October   01, 2023
                                         To   October   31, 2023
                                         Page     2 of     2

                                         PRIVATE CLIENT GROUP 161
                                         1400 BROADWAY, 26TH FLOOR
                                         NEW YORK, NY 10018


          BLANK LABEL GROUP INC DIP              8-161
          CASE# 23 10286
          C/O HUNTERPOINT LLC
          641 LEXINGTON AVENUE, 13TH FLOOR
          NEW YORK NY  10022          999          See Back for Important Information


                                         Primary Account: ████1116          0


 BANKRUPTCY CHECKING          1504801116
```

Summary

```
  Previous Balance as of October   01, 2023                          140,306.73
        4 Credits                                                         11.66
        1 Debits                                                      26,250.00
  Ending Balance as of   October   31, 2023                          114,068.39
```

Deposits and Other Credits

```
  Oct 06  ACH               ck/ref no.  9078475                             .01
          BRAINTREE         FUNDING     38Z6QT
  Oct 06  ACH               ck/ref no.  9078452                            3.65
          BRAINTREE         FUNDING     H9VN58
  Oct 10  ACH DEPOSIT       ck/ref no.  9465156                            4.00
          GUSTO PAYROLL     TAX 458050  6SEMJVBJ3NV
  Oct 10  ACH DEPOSIT       ck/ref no.  9465275                            4.00
          GUSTO PAYROLL     TAX 470894  6SEMJVBJGQJ
```

Withdrawals and Other Debits

```
  Oct 27  OUTGOING WIRE                                               26,250.00
          REF#  20231027B6B7261F004462
          TO:  HunterPoint LLC               ABA:  026009593
          BANK: BANK OF AMERICA, N.A., NY    ACCT# 004661070268
          OBI:  Invoices
          OBI:
          OBI:
```

Daily Balances

```
  Sep 30        140,306.73            Oct 10        140,318.39
  Oct 06        140,310.39            Oct 27        114,068.39
```

**Flagstar**
**Bank**, N.A.

Statement Period
From October  01, 2023
To   October  31, 2023
Page     1 of     2

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

RATIO CLOTHING LLC DIP            8-161
CASE# 23 10288
C/O HUNTERPOINT LLC
641 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK NY  10022            999        See Back for Important Information

Primary Account: ▮▮▮▮1108        0

IMPORTANT NOTICE: EFFECTIVE AS OF FEBRUARY 2, 2024, THE BANK HAS UPDATED ITS
ACCOUNT AGREEMENT AND DISCLOSURES ("ACCOUNT AGREEMENT"), PRODUCT TERMS AND
CONDITIONS ("PRODUCT TERMS"), AND SCHEDULE OF FEES AND SERVICE CHARGES
("FEE SCHEDULE"; AND TOGETHER WITH THE ACCOUNT AGREEMENT AND PRODUCT TERMS,
"ACCOUNT DOCUMENTATION") FOR BOTH PERSONAL AND BUSINESS CLIENTS.

THE UPDATED ACCOUNT DOCUMENTATION WILL GOVERN YOUR USE OF YOUR ACCOUNT(S)
AND SERVICE(S), AND WILL REPLACE ALL PRIOR ACCOUNT DOCUMENTATION IN EFFECT
PRIOR TO FEBRUARY 2, 2024. YOUR CONTINUED USE OF YOUR ACCOUNT(S) AND
SERVICE(S) WILL BE YOUR ACCEPTANCE OF THE UPDATED TERMS OF THE ACCOUNT
DOCUMENTATION.

ON OR AFTER JANUARY 2, 2024, PLEASE VISIT
HTTPS://WWW.FLAGSTAR.COM/COMMERCIAL/COMMERCIAL-AND-PRIVATE-BANKING/
AGREEMENTS-AND-DISCLOSURES.HTML OR NAVIGATE TO THE FORMS AND DOCUMENTS
SECTION IN THE COMMUNICATION CENTER ON FLAGSTAR COMMERCIAL & PRIVATE
INTERNET BANKING SITE TO VIEW THE FULL TEXT OF THE ACCOUNT AGREEMENT AND
PRODUCT TERMS. ON OR AFTER JANUARY 2, 2024, PLEASE CONTACT YOUR PRIVATE
CLIENT GROUP OR VISIT A BANK FINANCIAL CENTER TO REQUEST THE UPDATED
FEE SCHEDULE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504801108 | BANKRUPTCY CHECKING | 10,432.74 | 10,432.74 |
| | RELATIONSHIP        TOTAL | | 10,432.74 |

**Flagstar® Bank, N.A.**

```
                                      Statement Period
                                 From October   01, 2023
                                 To   October   31, 2023
                                 Page     2 of      2

                                 PRIVATE CLIENT GROUP 161
                                 1400 BROADWAY, 26TH FLOOR
                                 NEW YORK, NY 10018


         RATIO CLOTHING LLC DIP               8-161
         CASE# 23 10288
         C/O HUNTERPOINT LLC
         641 LEXINGTON AVENUE, 13TH FLOOR
         NEW YORK NY  10022            999          See Back for Important Information


                                      Primary Account: ████1108          0

BANKRUPTCY CHECKING        1504801108



Summary

  Previous Balance as of October   01, 2023                           10,432.74

  There was no deposit activity during this statement period

  Ending Balance as of   October   31, 2023                           10,432.74
```

# DEBTORS COUNSEL TRUST ACCOUNT

| ID | Date | Type | Bank Account | Client | Matter | Check | Payment Type | Payee | Payor | Amount | Σ | Balance | Cleared |
|----|------|------|--------------|--------|--------|-------|--------------|-------|-------|--------|---|---------|---------|
| 15500 | 11/16/2023 | | | | | | | | | | | | Not Cleared |
| 15103 | 09/29/2023 | | | | | | | | | | | $562,784.57 | Cleared |