## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 1st day of December 2023, a copy of the foregoing *Reply in Support of Motion of H.M. Cole, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*

| | |
|---|---|
| Joseph C. Barsalona II, Esq.<br>Richard C. Solow, Esq.<br>Pashman Stein Walder Hayden, P.C.<br>1007 North Orange Street, 4th Floor, Suite #183<br>Wilmington, DE 19801-1242<br>jbarsalona@pashmanstein.com | Richard C. Solow, Esq.<br>The Woolworth Building<br>233 Broadway, Suite 820<br>New York, NY 10279<br>rsolow@pashmanstein.com |

*The U.S. Trustee:* / *The Subchapter V Trustee:*

| | |
|---|---|
| Jane M. Leamy, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Suite 2207<br>Wilmington, DE 19801<br>jane.m.leamy@usdoj.gov | Jami Nimeroff, Esq.<br>Brown McGarry Nimeroff LLC<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>jnimeroff@bmnlawyers.com |

*Counsel for Settle Funding, LLC:*

| | |
|---|---|
| Jarret P. Hitchings, Esq.<br>Bryan Cave Leighton Paisner LLP<br>One Wells Fargo Center<br>301 S. College Street, Suite 2150<br>Charlotte, NC 28202<br>jarret.hitchings@bclplaw.com | Scott H. Olson, Esq.<br>Bryan Cave Leighton Paisner LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>scott.olson@bclplaw.com |

*Counsel to West Town Bank & Trust:*

Garvan F. McDaniel, Esq.
HOGAN♦MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

|  |  |
|---|---|
| December 1, 2023<br>Date | */s/ William D. Sullivan*<br>William D. Sullivan |