IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLANK LABEL GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10286 (JTD)<br><br>Jointly Administered<br><br>**Re: D.I. 197, 279, 284 & 313** |

## NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on July 21, 2023, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Subchapter V Debtor' Plan of Liquidation* [D.I. 197].

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2023, the Debtors filed the *Subchapter V Debtors' First Amended Plan of Liquidation* [D.I. 279].

**PLEASE TAKE FURTHER NOTICE** that on November 2, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto and (II) Granting Related Relief* [D.I. 284] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that on November 20, 2023, the Debtors filed the *Plan Supplement to the Subchapter V Debtors' First Amended Plan of Liquidation* [D.I. 306] (the "Plan Supplement"). Attached to the Plan Supplement as Exhibit B was the Litigation Trust Agreement.

**PLEASE TAKE FURTHER NOTICE** that on December 4, 2023, the Debtors filed the *Subchapter V Debtors' First Modified Amended Plan of Liquidation* [D.I. 313] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Litigation Trust Agreement to incorporate comments from the United States Trustee. Attached hereto as **Exhibit A** is the revised Litigation Trust Agreement. Attached hereto as **Exhibit B** is a redline indicating the changes to the Litigation Trust Agreement.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 203, Boston, MA 02108.

[2] Capitalized terms used but not otherwise defined in this Plan Supplement and the exhibits attached hereto shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** copies of the Plan Supplement documents may be obtained by any of the following means: (i) submitting an inquiry to Pashman Stein Walder Hayden, P.C., by emailing jbarsalona@pashmanstein.com, rsolow@pashmanstein.com, or echo-oleary@pashmanstein.com with a reference to "Blank Label Group, Inc." in the subject line; or (ii) visiting (for a fee) PACER at http://www.deb.uscourts.gov. Please be advised that the parties listed above cannot provide you with legal advice, and you should consult with an attorney to provide any legal advice you may need.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Procedures Order and the Plan, the Debtors reserve the right to modify, amend or supplement the Plan Supplement documents.

Dated: December 5, 2023
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and-

Richard C. Solow (admitted *pro hac vice*)
Edward Cho-O'Leary
The Woolworth Building
233 Broadway, Suite 820
New York, New York 10279
Email: rsolow@pashmanstein.com
echo-oleary@pashmanstein.com

*Counsel to the Debtors and Debtors in Possession*