## EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BLANK LABEL GROUP, INC., *et al.*,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 23-10286 (JTD)<br><br>Jointly Administered<br><br>**Re: D.I. 197, 279, 284** |

### NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that, on December ___, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law, and Order Confirming Subchapter V Debtors' First Modified Amended Plan of Liquidation* [D.I. ___] (the "Confirmation Order").[4]

**PLEASE TAKE FURTHER NOTICE** that, each of the conditions precedent to the effectiveness of the Plan occurred in accordance with the provisions of the Plan. Accordingly, the Plan went effective on _____ (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions, including the release, exculpation, and injunction provisions, are binding on, among others, the Debtors, all Holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the Plan or whether the Holders of such Claims have voted to accept or reject the Plan), each person or entity acquiring property under the Plan, and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtors, as provided in the Plan.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 15 of the Confirmation Order, any and all requests for allowance and payment of Administrative Expense Claims and proof of such Administrative Expense Claim, unless otherwise expressly set forth in the Plan or Confirmation Order, must be filed with the Bankruptcy Court and served on counsel for the Debtor no later than _____ (the "Administrative Expense Bar Date"). Holders of Administrative Expense Claims filed after the Administrative Expense Claims Bar Date shall be forever barred from asserting such

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 203, Boston, MA 02108.

[4] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Confirmation Order or the *Subchapter V Debtors' First Modified Amended Plan of Liquidation* [D.I. ____] (the "Plan"), as applicable.

Administrative Expense Claims against the Debtors, their former Estates, or the Litigation Trust.

**PLEASE TAKE FURTHER NOTICE** that all Professionals' final fee applications (the "Final Fee Applications") must be filed no later than _____ (the "Final Fee Application Deadline"). If a Professional does not timely submit a Final Fee Application by the Final Fee Application Deadline, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtors, their former Estates, or the Litigation Trust.

**PLEASE TAKE FURTHER NOTICE** that the Rejection Claim Bar Date with respect to the Plan shall be _____.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court retains jurisdiction over the Chapter 11 Cases after the Effective Date to the fullest extent legally permissible, including, without limitation, with respect to all matters specified in Article 7 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and Plan may be obtained from (i) submitting an inquiry by email to jbarsalona@pashmanstein.com, rsolow@pashmanstein.com or echo-oleary@pashmanstein.com with a reference to "Blank Label Group, Inc." in the subject line; or (ii) visiting (for a fee) PACER at http://www.deb.uscourts.gov. Please be advised that the parties listed above cannot provide you with legal advice, and you should consult with an attorney to provide any legal advice you may need.

| | |
|---|---|
| Dated: December __, 2023<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*DRAFT*<br>Joseph C. Barsalona II (No. 6102)<br>1007 North Orange Street, 4th Floor, Suite 183<br>Wilmington, DE 19801-1242<br>Telephone: (302) 592-6496<br>Email: jbarsalona@pashmanstein.com<br><br>-and-<br><br>Richard C. Solow (admitted *pro hac vice*)<br>Edward Cho-O'Leary<br>The Woolworth Building<br>233 Broadway, Suite 820<br>New York, New York 10279<br>Email: rsolow@pashmanstein.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |