IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 23-10286 (JTD) |
| BLANK LABEL GROUP, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | **Related Docket No. 304** |

**ORDER GRANTING MOTION OF H.M. COLE, LLC FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Upon consideration of the *Motion of H.M. Cole, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* (the "Motion");[2] and it appearing that notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; and finding that (i) the Motion is a core proceeding under 28 U.S.C. § 157(b)(2) and (ii) this Court has authority to enter a final order in this matter consistent with Article III of the United States Constitution; and for good cause shown as set forth on the record at the hearing in this matter held on December 7, 2023.

**IT IS THEREFORE ORDERED THAT:**

1. HM Cole shall be, and hereby is, granted an allowed administrative expense claim against the Debtors in the amount of $230,000 (the "HM Cole Allowed Claim").

2. The HM Cole Allowed Claim shall receive the treatment provided for in paragraph 26 of the *Findings of Fact, Conclusions of Law, and Order Confirming Subchapter V Debtors' First Modified Amended Plan of Liquidation* [Docket No. 333].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 203, Boston, MA 02108.
[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

3. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

**Dated: December 8th, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE