**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: _____                     Date report filed: _____
                                                                MM / DD / YYYY

Line of business: _____          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                       _____

Original signature of responsible party  _____

Printed name of responsible party        _____

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                                    ❑        ❑        ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?        ❑        ❑        ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections
    on receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                            $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                                        −  $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                                        +  $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                                    =  $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                                $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                                                                         $ _____

  *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                                                      _____

27.  What is the number of employees as of the date of this monthly report?                                                    _____

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?                        $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____

30.  How much have you paid this month in other professional fees?                                                                         $ _____

31.  How much have you paid in total other professional fees since filing the case?                                              $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33.  **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34.  **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35.  Total projected cash receipts for the next month:                                                                                                $ _____

36.  Total projected cash disbursements for the next month:                                                                                   - $ _____

37.  Total projected net cash flow for the next month:                                                                                             = $ _____

Debtor Name _____    Case number_____

| | 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Blank Label Group, Inc.**                                     Exhibit A
**23-10286 (JTD)**
**Period:  December 2023**

(2) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. Based on
the results of an auction  BL Custom LLC acquired all the assets of
the Debtors.  The sale closed on June 1, 2023

(6) Due to the lack of complete accounting records, the preparation of
the 2021 and 2022 tax returns has been delayed.  The returns are
expected to be filed imminently.

**Blank Label Group, Inc.**                                      Exhibit B
**23-10286 (JTD)**
**Period:  December 2023**

Report includes all activity for the 3 related Debtors:  BlankLabel
Group, Inc. (23-10286 (JTD)), BlackLapel Custom Clothier, Inc.(23-
10287 (JTD))  and Ratio Clothing LLC (23-10288 (JTD))

(10)The Debtors DIP accounts were opened in May of 2023.
Pursuant to the authority of the Cash Management Order, Debtors
existing bank accounts remained open as transactions were
transitioned to the DIP accounts.

(11) On March 25, 2023, the Court approved the Stalking Horse
Agreement to sell the  Debtors assets to BL Custom LLC. Based on
the results of an auction the BL Custom LLC acquired all the assets
of the Debtors.  The sale closed on June 1, 2023.

Exhibit C

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Receipts**
**Period:  December 1 - December 22, 2023**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| Flagstar 1108 Ratio Clothing | | | | | |
| 12/5/2023 | Flagstar 1116 Blank Label | ACH DEBIT | | 111,800.00 | Transfer |
| Total Flagstar 1108 Ratio Clothing | | | | 111,800.00 | |
| | | | | | |
| Flagstar 1124 BlackLapel | | | | | |
| 12/22/2023 | Pashman Stein ATA | TRANSFER | | 61,856.00 | Transfer |
| Total Flagstar 1124 BlackLapel | | | | 61,856.00 | |
| | | | | | |
| Total Receipts | | | | 173,656.00 | |
| Less Transfers | | | | (173,656.00) | |
| Total Receipts Less Transfers | | | | $        - | |

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Cash Disbursements**
**Period: December 1 - December 22, 2023**

| Date | Name | Type | Note | Amount | Category |
|------|------|------|------|--------|----------|
| **Flagstar 1116 Blank Label** | | | | | |
| 12/1/2023 | BCBS MASSPREMIUM | ACH DEBIT | | (570.41) | Insurance |
| 12/5/2023 | xfer Flagstar 1108 Ratio Clothing | ACH DEBIT | | (111,800.00) | Transfer |
| Total Flagstar 1116 Blank Label | | | | (112,370.41) | |
| | | | | | |
| **Flagstar 1108 Ratio Clothing** | | | | | |
| 12/21/2023 | BL Custom LLC | OUTGOING WIRE | Pursuant to Settlement Agreement | (80,000.00) | Sale Proceeds |
| Total Flagstar 1108 Ratio Clothing | | | | (80,000.00) | |
| | | | | | |
| **Debtors Attorney Trust Account** | | | | | |
| 12/20/2023 | Bambach Advisors | wire | Independent Director Fee | (7,218.75) | Professional Fees |
| 10/27/2023 | HunterPoint LLC | wire | | (76,451.00) | Professional Fees |
| 12/22/2023 | xfer Flagstar 1124 BlackLapel | | | (61,856.00) | Transfer |
| 12/22/2023 | Pashman Stein Walder Hayden | 12658 | | (110,000.00) | Professional Fees |
| Total Debtors Attorney Trust Account | | | | (255,525.75) | |
| | | | | | |
| | | | | | |
| Total Disbursements | | | | (447,896.16) | |
| Less Transfers | | | | (173,656.00) | |
| Total Receipts Less Transfers | | | | $ (274,240.16) | |

**Blank Label Group, Inc.**
**23-10286 (JTD)**
**Period:  December 1 - December 22, 2023**

| | Custom Clothier, Inc. Mercury 8016 | BlankLabel Group, Inc. Mercury 8006 | Ratio Clothing LLC Mercury 2750 | Custom Clothier, Inc. Flagstar 1124 | BlankLabel Group, Inc. Flagstar 1116 | Ratio Clothing LLC Flagstar 1108 | Trust Account | Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| | $ 0.01 | $ 233.24 | $ 31.08 | $ 590.33 | $ 112,525.76 | $ 10,432.74 | $ 412,784.57 | $ 536,597.73 | $ 683,506.16 |
| | | | | | | | | | - |
| **CASH RECEIPTS** | | | | | | | | | - |
| Cash Sales | | | | | | | | - | 806,842.07 |
| Accounts Receivable | | | | | | | | - | - |
| Loans and Advances | | | | | | | | - | - |
| Amounts from Related Non Debtor Entities | | | | | | | | - | 295,000.00 |
| Sale of Assets | | | | | | (80,000.00) | | (80,000.00) | 1,120,000.00 |
| Interest Income | | | | | | | | - | 4,578.74 |
| Credits/Returns | | | | | | | | - | 7,043.66 |
| Other | | | | | | | | - | 42,000.01 |
| Transfers | | | | 61,856.00 | | 111,800.00 | | 173,656.00 | 1,056,656.53 |
| **TOTAL RECEIPTS** | - | - | - | 61,856.00 | - | 31,800.00 | - | 93,656.00 | 3,332,121.01 |
| | | | | | | | | | - |
| **CASH DISBURSEMENTS** | | | | | | | | | - |
| Net Payroll (4) | | | | | | | | - | 362,703.11 |
| Payroll Taxes | | | | | | | | - | 20,013.50 |
| Sales, Use & Other Taxes | | | | | | | | - | 24,274.14 |
| Secured Debt | | | | | | | | - | 93,586.31 |
| Inventory Purchases | | | | | | | | - | 416,504.61 |
| Transfers to BCSB (1) | | | | | | | | - | 87,803.00 |
| Unidentified/Unauthorized  Payees (2) | | | | | | | | - | 275,727.72 |
| Rent & Utilities | | | | | | | | - | 5,735.24 |
| Insurance | | | | | 570.41 | | | 570.41 | 65,243.89 |
| Selling & Administrative Expenses | | | | | | | | - | 339,093.48 |
| Other (see attached) | | | | | | | | - | 101,178.82 |
| Owners Draw | | | | | | | | - | - |
| Expense Reimbursement | | | | | | | | - | - |
| Taxes - Real Estate | | | | | | | | - | 516.37 |
| Professional Fees (Legal, Accounting) | | | | | | 193,669.75 | | 193,669.75 | 904,082.88 |
| Bank and Credit Card Fees | | | | | | | | - | 150.00 |
| Transfers | | | | | 111,800.00 | | 61,856.00 | 173,656.00 | 1,056,656.53 |
| **TOTAL DISBURSEMENTS** | - | - | - | - | 112,370.41 | - | 255,525.75 | 367,896.16 | 3,753,269.60 |
| | | | | | | | | | |
| **CASH - End of Month** | $ 0.01 | $ 233.24 | $ 31.08 | $ 62,446.33 | $ 155.35 | $ 42,232.74 | $ 157,258.82 | $ 262,357.57 | $ 262,357.57 |

(1)  Represents amounts transferred to an account  held at Bristol County Savings Bank which the CRO has no control over.

(2)  Represents disbursements to unidentified and/or unauthorized Payees

 **MERCURY**

**December 2023 statement**
December 1–December 31, 2023 (31 days)
All dates in UTC.

# BLACKLAPEL CUSTOM CLOTHIERS INC

36 Bromfield Street, Ste 203
Boston, MA 02108

EIN ••3725

## Account details

| | |
|---|---|
| Checking account | ████ 8016 |
| Routing number | 084106768 |

## Account activity overview

| | |
|---|---|
| Beginning balance | $0.01 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$0.01** |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$0.01** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

**December 2023 statement**
December 1–December 31, 2023 (31 days)
All dates in UTC.

## Blank Label Group, Inc

36 Bromfield Street, STE 200
Boston, MA 02108

EIN ••6183

### Account details

| | |
|---|---|
| Checking account | ███████ 8006 |
| Routing number | 084106768 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $233.24 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$233.24** |

All Transactions /

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$233.24** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

 **MERCURY**

**December 2023 statement**
December 1–December 31, 2023 (31 days)
All dates in UTC.

# Ratio Clothing, LLC

36 Bromfield Street, STE 204
Boston, MA 02108

EIN ••8330

## Account details

| | |
|---|---|
| Checking account | ████2750 |
| Routing number | 084106768 |

## Account activity overview

| | |
|---|---|
| Beginning balance | $31.08 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$31.08** |

**All Transactions /**

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| **Total** | | | | **$31.08** |

```
                                              Statement Period
                                          From December  01, 2023
                                          To   December  31, 2023
                                          Page     1 of      3

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018
```

```
BLACKLAPEL CUSTOM CLOTHIERS INC DIP      8-161
CASE# 23 10287
C/O HUNTERPOINT LLC
641 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK NY  10022              999            See Back for Important Information
```

Primary Account: ████1124          0

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504801124 | BANKRUPTCY CHECKING | 590.33 | 44,045.13 |
| | | | |
| RELATIONSHIP | TOTAL | | 44,045.13 |

```
                                              Statement Period
                                         From December  01, 2023
                                         To   December  31, 2023
                                         Page     2 of    3

                                         PRIVATE CLIENT GROUP 161
                                         1400 BROADWAY, 26TH FLOOR
                                         NEW YORK, NY 10018
```

```
         BLACKLAPEL CUSTOM CLOTHIERS INC DIP     8-161
         CASE# 23 10287
         C/O HUNTERPOINT LLC
         641 LEXINGTON AVENUE, 13TH FLOOR
         NEW YORK NY  10022          999              See Back for Important Information
```

Primary Account: ▬▬1124          0

```
BANKRUPTCY CHECKING          1504801124
```

Summary

```
 Previous Balance as of December  01, 2023                              590.33
       1 Credits                                                     61,856.00
       4 Debits                                                      18,401.20
 Ending Balance as of    December  31, 2023                          44,045.13
```

Deposits and Other Credits

```
Dec 22  INCOMING WIRE                                                61,856.00
        REF#  20231222B6B7261F00254612221453FT01
        FROM: PASHMAN STEIN PC                  ABA:   021205237
        BANK:
        OBI:  CASE #23-10287
        OBI:
        OBI:
```

Withdrawals and Other Debits

```
Dec 28  OUTGOING WIRE                                                   256.20
        REF#  20231228B6B7261F005294
        TO:   By The Book LLC             ABA:   211391825
        BANK: DIGITAL FEDERAL CREDIT UNION     ACCT# 14037345
Dec 28  OUTGOING WIRE                                                10,000.00
        REF#  20231228B6B7261F005083
        TO:   Eric Powell                 ABA:   102000021
        BANK: US BANK, NA                ACCT# 103674074614
Dec 29  OUTGOING WIRE                                                 3,395.00
        REF#  20231229B6B7261F001622
        TO:   Katz, Nannis + Solomon      ABA:   011075150
        BANK: SANTANDER BANK, N.A.       ACCT# 30300020325
        OBI:  Invoice 206598
        OBI:
        OBI:
Dec 29  OUTGOING WIRE                                                 4,750.00
```

# Flagstar
## Bank, N.A.

PRIVATE CLIENT GROUP 161
1400 BROADWAY, 26TH FLOOR
NEW YORK, NY 10018

BLACKLAPEL CUSTOM CLOTHIERS INC DIP     8-161
CASE# 23 10287
C/O HUNTERPOINT LLC
641 LEXINGTON AVENUE, 13TH FLOOR
NEW YORK NY  10022              999          See Back for Important Information

Primary Account: ████1124          0

| Date | Description | | |
|---|---|---|---|
| | REF#  20231229B6B7261F001620 | | |
| | TO:   Karr + Boucher, PLLC | ABA:   011402105 | |
| | BANK: PRIMARY BANK | ACCT# 2210045528 | |

Daily Balances

| | | | |
|---|---|---|---|
| Nov 30 | 590.33 | Dec 28 | 52,190.13 |
| Dec 22 | 62,446.33 | Dec 29 | 44,045.13 |

```
                                                  Statement Period
                                              From December  01, 2023
                                              To    December  31, 2023
                                              Page      1 of      2

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018


        BLANK LABEL GROUP INC DIP            8-161
        CASE# 23 10286
        C/O HUNTERPOINT LLC
        641 LEXINGTON AVENUE, 13TH FLOOR
        NEW YORK NY  10022            999         See Back for Important Information


                                        Primary Account: ████1116         0
```

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504801116 | BANKRUPTCY CHECKING | 112,525.76 | 155.35 |
| | RELATIONSHIP     TOTAL | | 155.35 |

```
                                              Statement Period
                                         From December  01, 2023
                                         To   December  31, 2023
                                         Page     2 of     2

                                         PRIVATE CLIENT GROUP 161
                                         1400 BROADWAY, 26TH FLOOR
                                         NEW YORK, NY 10018


        BLANK LABEL GROUP INC DIP           8-161
        CASE# 23 10286
        C/O HUNTERPOINT LLC
        641 LEXINGTON AVENUE, 13TH FLOOR
        NEW YORK NY  10022          999        See Back for Important Information


                                    Primary Account: ████1116        0
```

BANKRUPTCY CHECKING        1504801116


Summary

```
  Previous Balance as of December  01, 2023                            112,525.76
          2 Debits                                                     112,370.41
  Ending Balance as of    December  31, 2023                              155.35
```

Withdrawals and Other Debits

```
  Dec 01   AUTOMATED PAYMENT     ck/ref no.   4741387                     570.41
           BCBS MASS         PREMIUM       8066089
           REF*BFPMTID*1046359012\
  Dec 05   ONLINE TRANSFER DEBIT                                      111,800.00
           ONLINE XFR TO: XXXXXX1108
```

Daily Balances

```
  Nov 30        112,525.76              Dec 05        155.35
  Dec 01        111,955.35
```

```
                                              Statement Period
                                              From December  01, 2023
                                              To   December  31, 2023
                                              Page    1 of    3

                                              PRIVATE CLIENT GROUP 161
                                              1400 BROADWAY, 26TH FLOOR
                                              NEW YORK, NY 10018
```

```
        RATIO CLOTHING LLC DIP              8-161
        CASE# 23 10288
        C/O HUNTERPOINT LLC
        641 LEXINGTON AVENUE, 13TH FLOOR
        NEW YORK NY  10022           999        See Back for Important Information
```

                                              Primary Account: ████1108        0

PROTECT YOURSELF FROM IDENTITY THEFT: FLAGSTAR BANK, N.A. WILL NEVER ASK YOU
TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL OR TEXT.
IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM
FLAGSTAR BANK, N.A., DO NOT PROVIDE PERSONAL INFORMATION OR CLICK ON ANY
LINKS INCLUDED. INSTEAD, CALL US TOLL-FREE AT 1-866-744-5463 OR CONTACT YOUR
ACCOUNT OFFICER. WITH IDENTITY THEFT BECOMING MORE AND MORE COMMON,
AWARENESS IS KEY. EQUIP YOURSELF WITH CRUCIAL TIPS TO FORTIFY YOUR SECURITY
AND SAFEGUARD YOUR IDENTITY.
GUARD PERSONAL INFORMATION: DO NOT GIVE YOUR PERSONAL INFORMATION OVER THE
PHONE. BE CAUTIOUS WITH SHARING SENSITIVE DETAILS ONLINE OR OFFLINE.
AVOID SHARING PERSONAL INFORMATION LIKE SOCIAL SECURITY NUMBERS, PASSWORDS,
AND FINANCIAL DATA.
SECURE DIGITAL PRACTICES: DO NOT LET OTHERS REMOTELY ACCESS YOUR COMPUTER.
REGULARLY UPDATE PASSWORDS, AND USE STRONG, UNIQUE COMBINATIONS FOR
DIFFERENT ACCOUNTS. TAKE ADVANTAGE OF MULTI-FACTOR AUTHENTICATION OPTIONS
WHEN AVAILABLE.
MONITOR FINANCIAL ACTIVITY: DO NOT SEND MONEY TO PEOPLE YOU DON'T KNOW.
ROUTINELY REVIEW YOUR BANK STATEMENTS, CREDIT REPORTS, AND OTHER FINANCIAL
RECORDS.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504801108 | BANKRUPTCY CHECKING | 10,432.74 | 206.74 |
| | RELATIONSHIP   TOTAL | | 206.74 |

```
                                              Statement Period
                                          From December  01, 2023
                                          To    December  31, 2023
                                          Page      2 of      3

                                          PRIVATE CLIENT GROUP 161
                                          1400 BROADWAY, 26TH FLOOR
                                          NEW YORK, NY 10018


            RATIO CLOTHING LLC DIP                 8-161
            CASE# 23 10288
            C/O HUNTERPOINT LLC
            641 LEXINGTON AVENUE, 13TH FLOOR
            NEW YORK NY  10022            999        See Back for Important Information


                                          Primary Account: ████1108        0


BANKRUPTCY CHECKING          1504801108
```

Summary

| | |
|---|---:|
| Previous Balance as of December  01, 2023 | 10,432.74 |
| 1 Credits | 111,800.00 |
| 9 Debits | 122,026.00 |
| Ending Balance as of    December  31, 2023 | 206.74 |

Deposits and Other Credits

| | | |
|---|---|---:|
| Dec 05 | ONLINE TRANSFER CREDIT | 111,800.00 |
| | ONLINE XFR FROM: XXXXXX1116 | |

Withdrawals and Other Debits

| | | |
|---|---|---:|
| Dec 21 | OUTGOING WIRE | 80,000.00 |
| | REF# 20231221B6B7261F004157 | |
| | TO:  BL Custom LLC          ABA:  121000248 | |
| | BANK: WELLS FARGO BANK, N.A.     ACCT# 5377177810 | |
| | OBI:  As per agreed settlement | |
| | OBI: | |
| | OBI: | |
| Dec 27 | OUTGOING WIRE | 170.00 |
| | REF# 20231227B6B7261F001090 | |
| | TO:  ZenPayroll, Inc.          ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, N.A.     ACCT# 813369803 | |
| | OBI:  Blank Label Group, INC | |
| | OBI: | |
| | OBI: | |
| Dec 29 | ACH          ck/ref no.  7549107 | 1,154.00 |
| | GUSTO     CND 304352   6SEMJVVIGK9 | |
| Dec 29 | ACH          ck/ref no.  7549104 | 2,403.00 |
| | GUSTO     CND 304352   6SEMJVVIGJ5 | |
| Dec 29 | ACH          ck/ref no.  7549102 | 3,692.00 |
| | GUSTO     CND 304352   6SEMJVVIGIB | |

**Flagstar** Bank, N.A.

Statement Period
                                   From December  01, 2023
                                   To    December  31, 2023
                                   Page      3 of      3

                                   PRIVATE CLIENT GROUP 161
                                   1400 BROADWAY, 26TH FLOOR
                                   NEW YORK, NY 10018


          RATIO CLOTHING LLC DIP                8-161
          CASE# 23 10288
          C/O HUNTERPOINT LLC
          641 LEXINGTON AVENUE, 13TH FLOOR
          NEW YORK NY  10022              999        See Back for Important Information


                                        Primary Account: ████1108        0

Dec 29   ACH              ck/ref no.   7549106                         5,292.00
         GUSTO        CND 304352   6SEMJVVIGJR
Dec 29   ACH              ck/ref no.   7549103                         7,135.00
         GUSTO        CND 304352   6SEMJVVIGIQ
Dec 29   ACH              ck/ref no.   7549101                         9,000.00
         GUSTO        CND 304352   6SEMJVVIGHU
Dec 29   ACH              ck/ref no.   7549105                        13,180.00
         GUSTO        CND 304352   6SEMJVVIGJI

Daily Balances
Nov 30          10,432.74              Dec 27          42,062.74
Dec 05         122,232.74              Dec 29             206.74
Dec 21          42,232.74

## DEBTORS COUNSEL TRUST ACCOUNT

| Date | Type | Bank Account | Client | Matter | Check | Payment Typ | Payee | Payor | Amount | Σ | Balance | Cleared | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | A | A | A | A | A | A | A | A | A | | A | A | A |
| 01/04/2024 | Check | PGB 7436 Trust | 30997 | 003 | Wire | Wire | Flagstar Bank | | ($157,258.82) | | $0.00 | Cleared | Vendor Flagstar Bank Flagstar Bank Reference # Wire |
| 12/27/2023 | Deposit | PGB 7436 Trust | 30997 | 002 | | Online Tran | | | ($157,258.82) | | $157,258.82 | Cleared | Payment Received from:  Check #:   Inter-matter transfer per J. Ba |
| 12/27/2023 | Deposit | PGB 7436 Trust | 30997 | 003 | | Online Tran | | | $157,258.82 | | $314,517.64 | Cleared | Payment Received from:  Check #:   Inter-matter transfer per J. Ba |
| 12/22/2023 | Check | PGB 7436 Trust | 30997 | 002 | Wire | Wire | Flagstar Bank | | ($61,856.00) | | $157,258.82 | Cleared | Vendor Flagstar Bank Flagstar Bank Reference # Wire |
| 12/22/2023 | Check | PGB 7436 Trust | 30997 | 002 | Wire | Wire | HunterPoint LLC | | ($76,451.00) | | $219,114.82 | Cleared | Vendor HunterPoint LLC HunterPoint LLC Reference # Wire |
| 12/22/2023 | Check | PGB 7436 Trust | 30997 | 002 | 12658 | Check | Pashman Stein Walder Hayden | | ($110,000.00) | | $295,565.82 | Cleared | Vendor FIRM Pashman Stein Walder Hayden Reference # 12658 |
| 12/20/2023 | Check | PGB 7436 Trust | 30997 | 002 | Wire | Wire | Bambach Advisors/John Bamb | | ($7,218.75) | | $405,565.82 | Cleared | Vendor Bambach Advisors/John Bambach Bambach Advisors/Joh |
| | | | | | | | | | | | $412,784.57 | | |