IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLANK LABEL GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10286 (JTD)<br><br>Jointly Administered<br><br>**Hearing Date: May 14, 2024 at 11:30 a.m. (ET)**<br>**Obj. Deadline: May 7, 2024 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION FOR RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE** that the Peter Furman (the "Litigation Trustee")[2], the Trustee for the BLG Litigation Trust (the "BLG Trust"), in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), has filed the *Motion for Order Authorizing the BLG Litigation Trust to (A) Conduct a 2004 Examination of Danny Wong; and (B) Seek Related Document Production* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Litigation Trustee has requested that any objections or responses to the relief requested in the Motion be filed on or before **May 7, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the motion will be held

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

on May 14, 2024, at 11:30 a.m. (ET) before the Honorable John T. Dorsey, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses to the motion are timely filed, served, and received in accordance with this Notice, the Court may grant the relief requested in connection with such motion without further notice or hearing.

Dated: April 30, 2024
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and-

Richard C. Solow (admitted *pro hac vice*)
The Woolworth Building
233 Broadway, Suite 820
New York, New York 10279
Email: rsolow@pashmanstein.com

-and-

Sean Mack (admitted *pro hac vice*)
Court Square
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Email: smack@pashmanstein.com

*Counsel to the BLG Litigation Trust*