<u>**CERTIFICATE OF SERVICE**</u>

I, Joseph C. Barsalona II, hereby certify that on April 30, 2024, I caused a copy of the *Motion for Order Authorizing the BLG Litigation Trust to (A) Conduct a 2004 Examination of Danny Wong; and (B) Seek Related Document Production* to be served in the manner indicated upon the parties identified in the attached service list.

Date: April 30, 2024

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)

# SERVICE LIST

**VIA FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Brown McGarry Nimeroff LLC<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>Attn: Jami Nimeroff, Esq. | Office of the United States Trustee<br>District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Attn: Jane M. Leavy |
| DANNY WONG<br>535 CLINTON HEIGHTS AVE,<br>COLUMBUS, OH 43202 | DANNY WONG<br>5356 97TH ST APT 2,<br>CORONA, NY 11368 |
| DANNY WONG<br>2039 N MERIDIAN RD APT 178,<br>TALLAHASSEE, FL 32303 | |