IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BLANK LABEL GROUP, INC., *et al.*, | Case No. 23-10286 (JTD) |
| Debtors.[1] | Jointly Administered |
| | **Re. D.I. 363** |

### ORDER DIRECTING EXAMINATION OF DANNY WONG AND THE PRODUCTION OF DOCUMENTS

Upon consideration of the *Motion for Order Authorizing the BLG Litigation Trust to (A) Conduct a 2004 Examination of Danny Wong; and (B) Seek Related Document Production* (the "Motion")[2] submitted by the Litigation Trustee for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 2004 and 9016, and Local Rule 2004-1, (i) authorizing the Litigation Trustee to conduct an examination of Danny Wong ("Mr. Wong"), and (ii) requiring Mr. Wong to produce documents in response to the Litigation Trustee's enumerated document requests, attached as **Exhibit "1"** to this Order; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the requested relief provided for herein having been given; and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Declaration of Fan Bi in Support of First Day Relief [D.I. 12] (the "First Day Declaration").

it appearing that no other or further notice of the same need be provided; and it appearing that the relief requested in the Motion and provided for herein is in the best interests of the Debtors and their estates; and after due deliberation, and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Litigation Trustee is authorized under Bankruptcy Rules 2004 and 9016 to issue subpoenas (the "Subpoenas") seeking production of documents and deposition testimony from Mr. Wong and Mr. Wong's ability to object to the Subpoenas on any and all grounds is fully reserved.

3. Unless a different date is mutually agreed upon by Mr. Wong and the Litigation Trustee, Mr. Wong is ordered to (i) respond in writing to the Document Production Requests, as set forth and defined in **Exhibit "1"** attached hereto, on or before thirty (30) days from the entry of this Order, and (ii) produce all non-privileged responsive documents called for in the Requests on or before thirty (30) days from the date the Litigation Trustee provides Mr. Wong, through counsel, with the identities of the employees pursuant to Request No. 3 in Exhibit 1 (the "Employee List"); provided, however, if the Employee List exceeds ten (10) employees, the deadline will be extended by two (2) business days for up to every five (5) employees on the Employee List over ten (10) (i.e., if there are twenty-three employees, the deadline will be thirty (30) days plus six (6) business days).

4. The Litigation Trustee's rights are further reserved to request testimony or additional documents under Bankruptcy Rules 2004 and 9016, whether based on any information that may be revealed as a result of the documents provided pursuant to this Order, or otherwise, and Mr. Wong's rights to object on any and all grounds are fully reserved.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

**Dated: June 1st, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

3