**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BLANK LABEL GROUP, INC., *et al.*, | Case No. 23-10286 (JTD) |
| Debtors.[1] | Jointly Administered |

## **NOTICE OF SERVICE**

I, Ericka Johnson, hereby certify that on July 1, 2024, a copy of *Danny Wong's Objections and Responses to Trustee's Request for Examination and Production of Documents Directed to Danny Wong* was served via electronic mail on the parties listed below:

Joseph C. Barsalona II
PASHMAN STEIN WALDER HAYDEN, P.C.
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

Richard C. Solow
PASHMAN STEIN WALDER HAYDEN, P.C.
The Woolworth Building
233 Broadway, Suite 820
New York, New York 10279
Email: rsolow@pashmanstein.com

Sean Mack
Joshua P. Law
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Email: smack@pashmanstein.com
          jlaw@pashmanstein.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

| | |
|---|---|
| Dated: July 1, 2024<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Ericka F. Johnson*<br>Ericka F. Johnson (Del. Bar No. 5024)<br>Steven D. Adler (Del. Bar No. 6257)<br>600 N King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email: ejohnson@bayardlaw.com<br>           sadler@bayardlaw.com<br><br>*Counsel for Danny Wong* |