# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BLANK LABEL GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10286 (JTD)<br><br>Jointly Administered<br><br>**Re D.I. 370** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF RICHARD C. SOLOW

**PLEASE TAKE NOTICE** that counsel to Peter Furman, solely in his capacity as Litigation Trustee for the BLG Litigation Trust (the "Litigation Trustee"), hereby gives notice of the withdrawal of appearance Richard C. Solow of Pashman Stein Walder Hayden, P.C., effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the Litigation Trustee also requests that Richard C. Solow be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

**PLEASE TAKE FURTHER NOTICE** that the representation of Litigation Trustee by all of the attorneys of record of Pashman Stein Walder Hayden, PC in these cases are unaffected by this notice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

-2-

Dated: October 30, 2024  
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

*Counsel to Peter Furman, in his sole capacity as the Litigation Trustee for the BLG Litigation Trust*