**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BLANK LABEL GROUP, INC., *et al.*, | Case No. 23-10286 (JTD) |
| Debtors.[1] | Jointly Administered |
| | **Obj. Deadline: April 14, 2026, at 4:00 p.m. (ET)**<br>**Hearing Date: April 29, 2026, at 11:00 a.m. (ET)** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Peter Furman (the "Litigation Trustee")[2], the Trustee for the BLG Litigation Trust (the "BLG Trust") in the cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), has filed the *Litigation Trustee's Motion for Entry of an Order (A) Dismissing the Chapter 11 Cases; (B) Authorizing the Litigation Trustee to Remit Remaining Funds to Secured Party; (C) Authorizing Termination of the Litigation Trust; and (D) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Litigation Trustee has requested that any objections or responses to the relief requested in the Motion be filed on or before **April 14, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on April 29, 2026, at 11:00 a.m. (ET) before the Honorable John T. Dorsey, in the United States

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses to the Motion are timely filed, served, and received in accordance with this Notice, the Court may grant the relief requested in connection with the Motion without further notice or hearing.

Dated: March 31, 2026
Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*<u>/s/ Michael J. Custer</u>*
Joseph C. Barsalona II (No. 6102)
Michael J. Custer (No. 4843)
824 Market St., Suite 800
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
mcuster@pashmanstein.com

-and-

Joshua P. Law (admitted *pro hac vice*)
21 Main Street
Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Email: jlaw@pashmanstein.com

*Counsel to Peter Furman, in his sole capacity as the Litigation Trustee for the BLG Litigation Trust*